UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

Case No. _____

| | | |
|---|---|---|
| NOY LEYB, | ) | |
| | ) | PETITION AND MOTION TO VACATE |
| Petitioner, | ) | AND COMPEL A REASONED DECISION |
| | ) | BY ARBITRATOR OR, IN THE |
| | ) | ALTERNATIVE, FOR AN |
| | ) | ORDER COMPELLING NATIONAL |
| | ) | ARBITRATION AND MEDIATION |
| | ) | HOLDINGS, LLC TO SUBMIT THE |
| | ) | MATTER TO AN ARBITRATION PANEL |
| V. | ) | |
| | ) | |
| TINDER LLC f/k/a/ | ) | |
| MATCH GROUP, LLC and | ) | |
| NATIONAL ARBITRATION | ) | |
| MEDIATION HOLDINGS, | ) | |
| LLC        ) | | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

**PETITION AND MOTION TO VACATE AND REQUIRE REASONED DECISION FOR
ARBITRATION DECISION OR, IN THE ALTERNATIVE, FOR AN ORDER
COMPELLING NATIONAL ARBITRATION AND MEDIATION HOLDINGS, LLC TO
SUBMIT THE MATTER TO AN ARBITRATION PANEL**

Noy Leyb petitions and moves this Court for an order requiring the Arbitrator Brad
Dowell, appointed through Respondent National Arbitration and Mediation Holdings, LLC
("NAM"), to issue a more reasoned decision containing a brief statement of the reasons for the
award as required under the Terms of Service governing this Arbitration. In the alternative, Mr.
Leyb ("Petitioner") seeks an order compelling National Arbitration and Mediation Holdings,

LLC, ("NAM") to submit this matter to an Arbitration Panel pursuant to Rule 13 of its own Appellate Dispute Resolution Rules and Procedures which it failed to do prior to the filing of this Petition.

Petitioner, Noy Leyb, alleges that Respondent, Tinder f/k/a Match Group, LLC ("Tinder") discriminated against him by banning him from Tinder's platforms on the basis of his ethnicity and religion. Petitioner submitted his dispute with Tinder to arbitration as required under Respondent's Terms of Service ("TOS") regarding his claims that he was denied service based on his religious and/or ethnic affiliation. Respondent moved to dismiss the arbitration on the basis that the Communications Decency Act ("CDA") insulated Respondent from its discriminatory conduct. Arbitrator Dowell rendered a decision dated September 8, 2025 in favor of Respondent, Tinder LLC f/k/a Match Group, LLC, on Respondent's motion to dismiss without any reasoned explanation whatsoever in direct contradiction of the TOS governing the arbitrator's duties.

Petitioner Leyb filed a Request for Appeal through NAM pursuant to Rule 13 of NAM's Appellate Dispute Resolution Rules and Procedures for referral to an Arbitration Panel. NAM outright ignored Petitioner's October 1, 2025 Notice of Appeal in violation of its own obligations and in violation of the contractual rights of the parties. Accordingly, Petitioner seeks redress herein against both Respondents as permitted by the TOS, NAM's own policies and procedures and pursuant to the Federal Arbitration Act.

## PARTIES

1.      Petitioner is an Israeli and Canadian citizen who resides in the United States, in the State of New York. Petitioner is ethnically Jewish and practices Judaism devoutly and has strong ties to the Nation of Israel.

2.      Respondent, Tinder LLC f/k/a Match Group, LLC ("Tinder"), is a Delaware limited liability corporation with its principal place of business in Dallas, Texas.

3.      Respondent National Arbitration and Mediation Holdings, LLC ("NAM") is a foreign Limited Liability Company with its principal place of business located at Roy Israel, 990 Stewart Avenue, First Floor, Garden City, New York 11530.

**JURISDICTION AND VENUE**

4.      Jurisdiction of this matter is conferred on this court by Sections 10 and 11 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 10 and 11.  Further, the arbitration agreement that is pertinent in this case confirms that it is "subject to and governed by the Federal Arbitration Act.

5.      Venue is proper pursuant to FAA, 9 U.S.C. § 10(a), which provides that "the United States court in and for the district wherein the award was made may make an order vacating the award upon the application of any party to the arbitration."  9 U.S.C. § 10(a).  A "motion to confirm, vacate, or modify an arbitration award" under the Federal Arbitration Act ("FAA) may be made "either where the award was made or in any district proper under the general venue statute."  Cortez Byrd  Chips, Inc. v. Bill Harbert Constr. Co., 529 U.S. 193 (2000).

6.      The arbitration agreement that is pertinent in this case is set forth in the Terms of Service of Respondent Tinder which confirmed that it is "subject to and governed by the Federal Arbitration Act."  The TOS further states that any claims will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A.  Further, the TOS provides that Petitioner "consents to the exercise of personal jurisdiction of courts in the State of Texas and

waives any claim that such courts constitute an inconvenient forum." Accordingly, the venue is proper.

## **BACKGROUND**

7.     Respondent, Tinder, owns and/or operates several online dating websites, including but not limited to Tinder, Match, Hinge and OKCupid.

8.     Within the past 20 years, the rituals of romantic courtship in society has changed drastically as a result of several factors, including but not limited to technology, the use of online communication in lieu of personal contact, less opportunity for in-person social interaction, the change of cultural norms with regard to meeting and courting potential suitors, societal customs and expectations, and even the 2020 Covid pandemic which limited in-person social interactions making online dating the primary means by which hundreds of millions of people meet and get to know others at the beginning states of courtship. Online dating websites have essentially replaced the old norms of meeting others at social event spaces like bars and clubs, moving those spaces to online platforms like the ones Respondent operates. In essence, online dating websites have become the new public square.

9.     Petitioner, Mr. Leyb, is no different than millions of others around the world and as such, started utilizing the Respondent's services in 2021.

10.     Since 2021, Petitioner, Mr. Leyb, utilized the Respondent's services with no incident or issue notwithstanding the issue that gives rise to the dispute herein.

11.     Petitioner is ethnically Jewish and practices Judaism devoutly. As such, Mr. Leyb has strong ties to the Nation of Israel.

12.     After seeing the conflicts in Gaza, Petitioner made the decision to rejoin the Israeli Defense Force ("IDF").

13.     In his profiles on Respondent's platform, Petitioner used pictures and certain language in his profile that described himself as ethnically and religiously Jewish.

14.     To his surprise, in February 2024, and only days within returning to the United States and updating his profile, Mr. Leyb received e-mail notification from Tinder, Hinge, and OKCupid stating that his account had been removed and banned from their platforms.

15.     Furthermore, Petitioner was excluded from using or creating any new accounts with Tinder, Hinge and OKCupid.

16.     No explanation was provided by Respondent as to why Mr. Leyb was banned.

17.     Mr. Leyb was confused by the decision to remove his account considering Respondent failed to provide any valid explanation and the only changes that he made to his account were pictures and profile edits indicating that he was ethnically and religiously Jewish.

18.     Petitioner formally appealed to Respondent the decision to remove his account through informal dispute resolution, a condition precedent to filing for arbitration.

19.     Respondent provided a generic and unexplained response to Petitioner's appeal notifying him only that the appeals were reviewed and that Hinge, Tinder and OKCupid upheld the decision to ban him.

20.     The decision by Respondent to ban Mr. Leyb from its platforms prohibited Mr. Leyb from engaging and participating in the new public square, significantly limiting his ability to engage in societal norms and culture of meeting and dating new people online.

21.     The Federal Civil Rights Act of 1964 prohibits a business from discriminating on the basis of a customer's race, color, or nationality, sex veteran status or religious beliefs, among others, regardless of the medium through which those services are delivered..

22.     Additionally, under New York Human Rights Laws, where Petitioner lives, a business cannot discriminate against a customer on the basis of race, color, nationality or religious beliefs.

23.     Similarly, under Texas law, businesses providing public accommodation may not discriminate based on nationality and religious beliefs, among others.

24.     Respondent, Tinder, violated Petitioner's federally and State protected rights to be free from discrimination based on his nationality and religious beliefs.

25.     Specifically, according to information and belief, the Respondent made its decision to ban Petitioner's accounts simply because he made his Israeli origins and religion known on his profile.

26.     In addition, according to information and belief, Respondent collaborated with its other companies and platforms and collectively banned Mr. Leyb from using its Services.

27.     Additionally, according to news reports, social media posts, and other sources of information, it is believed that Respondent's operating systems and personnel systemically seek out ethnic and religious Jews to ban them on the basis of religion and ethnicity.

28.     Respondent arbitrarily failed to provide any reasonable explanation to the members of the Jewish community that expressed their concern that religion and/or ethnic background was the basis for being banned and that Respondent was engaged in systemic discrimination in a commercial setting.

29.     Furthermore, Respondent advised Petitioner, and other Jewish customers, of the right to appeal in its Terms of Service ("TOS"), but in reality, the appeal was automated to be denied based upon religion and ethnicity.

30.    The Respondent's decision to ban Petitioner from the new public square on the basis of his ethnicity and/or religion was discriminatory and significantly limited his ability to engage in societal norms directly affecting access to social relationships, identity formation, and the current culture of the dating world which resulted in isolation, humiliation, exclusion, and emotional distress.  As a result of Respondent's discriminatory conduct, Petitioner is entitled to certain damages including but not limited to punitive damages, attorneys' fees and costs in an amount in excess of $500,000.

31.    As a result of the Respondent's conduct and pursuant to its Terms of Service ("TOS), Petitioner demanded arbitration on November 1, 2024 pursuant to the dispute resolution procedures set forth in Section 15 of its TOS.  (Exhibit A).

32.    According to Section 15(d) of its TOS, "any arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures."  (Exhibit A).

33.    Pursuant to Section 15(d)(7) of Respondent's TOS, Petitioner was entitled to a fair evidentiary hearing on the issues submitted for arbitration.  Accordingly, Mr. Leyb demanded an oral hearing on all issues.  (Exhibit B).

34.    Respondent, NAM, failed to adhere to the contractual provision governing the arbitration procedure providing for a fair evidentiary hearing  Instead, the Arbitrator issued a decision solely on the demand and the briefing associated with Respondent's Motion to Dismiss with a conclusory statement that Plaintiff's claims were barred.  (Exhibit C).

35.    Respondent NAM, through its Arbitrator, concluded, without a hearing or reasoned decision in the form of a brief statement of the reasons for the award, that Petitioner's claims were barred by the Communications Decency Act ("CDA").  The order did not include

any reasoned explanation other than his conclusion and did not address any merits of the discrimination claims or the interplay of the CDA with the Federal Civil Rights Act of 1964. This was in direct contradiction to Respondent Tinder's own TOS which governed the arbitration which stated, in pertinent part:

> Regardless of the format of the arbitration, the Claim Arbitrator **shall** provide a **reasoned decision**, in writing within 30 days after the hearing … **The decision must** clearly specify the relief, if any awarded and **contain a brief statement of the reasons for the award**.

(Exhibit A, Section 15(d)(8) [emphasis added].

36.    The Arbitrator went outside of his authority and issued a conclusion that Petitioner's claims were barred by the CDA without any reasoned explanation or brief statement for the reasons for the award. If Respondent Tinder f/k/a Match can have no liability for its discriminatory practices toward its customers pursuant to the CDA then Section 15 of its own TOS would be rendered illusory and nullified, as would the Federal and State laws prohibiting discriminatory transactions between an online business and its customers.

37.    On October 1, 2025, Petitioner notified NAM that it was requesting an Appeal pursuant to NAM's own Appellate Dispute Resolution Rules and Procedure. (Exhibit D). Pursuant to Section 13 of NAM's Appellate Dispute Resolution Rules and Procedures, Petitioner's notice of appeal entitled him to review by an Appellate Panel consisting of three (3) NAM Neutrals selected from NAM's Roster of Neutrals. (Exhibit E).

38.    On October 13, 2025, Respondent NAM notified Petitioner that the Arbitrator would not reconsider his decision and ignored Petitioner's appeal by failing to refer the matter to be heard by an Arbitration Panel as required pursuant to Rule 13 of its' Rules and and Procedures.

### GROUNDS FOR VACATING ARBITRATION ORDER AND REQUIRING  A REASONED DECISION OR, IN THE ALTERNATIVE, AN ORDER COMPELLING NAM TO SUBMIT THE MATTER TO AN ARBITRATION PANEL PURSUANT TO RULE 13 OF NAM'S RULES AND PROCEDURES

39.     This petition is brought as a predicate for a formal motion to be made and heard by the Court pursuant to 9 U.S.C. § 6.  See 9 U.S.C. § 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided.")

40.     Chapter 1 of Title 9 of the U.S. Code provides the statutory grounds for vactur of an arbitral award.  Specifically, pursuant to 9 U.S.C. § 10, an award may be vacated for: (1) corruption, fraud, or undue means; (2) evident partiality or arbitrator corruption; (3) arbitrator misbehavior that prejudiced a party's rights; or (4) excess of authority.  9 U.S.C. § 10.

41.     The Arbitrator's Award here should be returned for a reasoned award containing a brief statement of the reasons for the award pursuant to subsections (3) and (4) of 9 U.S.C. § 10 and as required by Tinder's own TOS:

- Misbehavior – "the arbitrators were guilty of misconduct in refusing to postpose the hearing, upon sufficient cause shown, or in refusing to hear evidence pertinent and material to the controversy; or any other misbehavior by which the rights of any party have been prejudiced."  (9 U.S.C. § 10(3)); and

- - Excess of Powers – "the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final and definite award upon the subject matter submitted was not made."  (9 U.S.C. § 10(4)
-

42.     In addition, the Award should be vacated because it was rendered in manifest disregard of the law, specifically the Federal Civil Rights Act of 1964 and state law which prohibit discriminatory conduct on the basis of ethnicity and religion.

43.     In this case, the Arbitrator's Order violated subsection 3 of 9 U.S.C. § 10 because the Arbitrator refused to hear evidence pertinent and material to the controversy and failed to

make a reasoned explanation with a brief statement for the reasons for his conclusion that the CDA barred Petitioner's claims without addressing the Federal Civil Rights Act of 1964, which was in no way abrogated by the CDA. This constituted misbehavior by which the rights of Petitioner were prejudiced.

44.     Similarly, the Arbitrator's Order violated subsection 4 of 9 U.S.C. § 10 because he exceeded his powers under the TOS and so imperfectly executed them that a mutual, final and definite award upon the subject matter submitted was not made. (9 U.S.C. § 10(4). The Arbitrator was required to provide a fair evidentiary hearing under the TOS. Further, he was required to provide a reasoned decision containing a brief statement with the reasons for his order pursuant to the TOS. By failing to comply with those duties and issuing only a conclusory statement on the CDA, without any reference to the Federal Civil Rights Act of 1964 and the facts of this case, the Arbitrator exceeded his authority under the TOS and imperfectly executed them such that a mutual, final and definite award **upon the subject matter** was not made. Accordingly, the Arbitrator's conclusory opinion that the CDA barred Petitioner's claims did not satisfy the obligations under the TOS or Section 4 of 9 U.S.C. § 10.

45.     In the event this Court does not grant Petitioner's motion to vacate and compel the Arbitrator to provide a reasoned decision and brief statement of the reasons for the award, Petitioner, in the alternative, seeks an order compelling Respondent NAM to comply with its own Appellate Dispute Resolution Rules and Procedures, specifically Rule 13 which requires the matter be referred to an Arbitration Panel of three (3) NAM Neutrals selected from NAM's Roster of Neutrals.

46.     Petitioner is not seeking a determination of liability against NAM. Instead, Petitioner is seeking an order compelling NAM to comply with its contractual obligations which

it has thus far failed to do. NAM ignored Petitioner's Notice of Appeal and failed to refer the matter to an Arbitration Panel without any explanation and in violation of the plain terms of its own Rules and Procedures. Accordingly, if the Court does not send this case back to the Arbitrator as requested for a reasoned decision and brief statement of the reasons for his award, NAM should be required to submit the matter for appeal in compliance with its own contractual obligations.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Noy Leyb respectfully prays of the court as follows:

1.      Assume jurisdiction of the matters under sections 10 and 11 of the FAA, 9 U.S.C. §§ 10 and 11;

2.      Vacate the Arbitrator's Order and compel the Arbitrator to comply with the TOS and his contractual obligation to provide a reasoned decision that contains a brief statement of the reasons for the award;

3.      In the alternative to compelling the Arbitrator to provide a reasoned decision that contains a brief statement of the reasons for the award, an Order compelling NAM to submit this matter to an Arbitration Panel consisting of three (3) NAM Neutrals selected from NAM's Roster of Neutrals pursuant to NAM's Appellate Dispute Resolution Rules and Procedures;

4.      Costs and attorney's fees, and for other and further relief as this court deems just, proper and equitable.

Respectfully submitted this 10th day of November, 2025.

**THE GILLESPIE LAW FIRM, LLC**
Attorneys for Petitioner


By: ____/s/ Tristan W. Gillespie_____
      Tristan W. Gillespie, Esq.
      600 Blakenham Ct.
      Johns Creek, GA 30022
      Tel:  404.276.7277
      gillespie.tristan@gmail.com

# Terms

**TERMS OF USE AGREEMENT**

*Effective on May 14, 2024;* *click here to download a PDF*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not Hinge. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Hinge Customer Service at hello@hinge.co, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: Hinge, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10014. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

**1. INTRODUCTION**

*By accessing or using Hinge's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Member Principles, and Safety Dating Advice, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.*

**PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER**

IN WHICH DISPUTES WILL BE ADDRESSED BETWEEN YOU AND
HINGE. THESE PROVISIONS INCLUDE A MANDATORY PRE-
ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS
(EXCEPT FOR INDIVIDUAL CLAIMS OF SEXUAL ASSAULT OR
SEXUAL HARASSMENT OCCURRING IN CONNECTION WITH YOUR
USE OF THE SERVICES), AN ARBITRATION AGREEMENT, SMALL
CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL
PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL
WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS
TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN
COURT.

*We may update these Terms from time to time, so check this page
regularly for updates.*

Welcome to Hinge, operated by MTCH Technology Services Limited
("MTCH Technology") for users located in the European Union ("EU"),
European Economic Area ("EEA"), the United Kingdom ("UK"), or
Switzerland, and operated by Hinge, Inc. for all other users. As used in this
Agreement, the terms "Hinge," "us," "we," the "Company", and "our" shall
refer to Hinge, Inc. and/or MTCH Technology Services Limited, as
appropriate. Together you and Hinge may be referred to as the "Parties" or
separately as "Party."

By accessing or using our Services on www.hinge.co (the "Website"), the
Hinge mobile application (the "App"), or any other platforms or services
Hinge may offer (collectively, the "Service" or our "Services"), you agree to,
and are bound by this Agreement. This Agreement applies to anyone who
accesses or uses our Services, regardless of registration or subscription
status.

Your access and use of our Services is also subject to the [Privacy
Policy](), [Cookie Policy](), [Member Principles](), and [Safety Dating Advice,]() and
any terms disclosed and agreed to by you when you purchase additional
features, products, or services from Hinge ("Additional Terms Upon
Purchase"), which are incorporated into this Agreement by reference. If you
do not wish to be bound by this Agreement, do not access or use our
Services.

Subject to applicable law, we reserve the right to modify, amend, or change
the Terms at any time. Notice of any material change will be posted on this
page with an updated effective date. In certain circumstances, we may
notify you of a change to the Terms via email or other means; however, you
are responsible for regularly checking this page for any changes. Your
continued access or use of our Services constitutes your ongoing consent
to any changes, and as a result, you will be legally bound by the updated
Terms. If you do not accept a change to the Terms, you must stop
accessing or using our Services immediately. Notwithstanding the
foregoing, any material changes to the Limitation of Liability in Section 14
and the Dispute Resolution provisions in Section 15 below will require your
affirmative acceptance. Further, we reserve the right to change the
availability of features in our subscription plans in any manner and at any
time as we may determine in our sole and absolute discretion.

**2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES**

*Before you create an account on Hinge, make sure you are eligible to
use our Services. This Section also details what you can and can't do*

*when using the Services, as well as the rights you grant Hinge.*

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are an individual (i.e., not any body corporate, partnership or other business entity) at least 18 years old;

2. You are legally qualified to enter a binding contract with Hinge;

3. You are seeking a meaningful relationship;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States (for example, the U.S. Treasury Department's list of Specially Designated Nationals or any similar government agency list) nor do you face any other similar prohibition);

6. You are not prohibited by law from using our Services;

7. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account, and we retain the right to remove your access to our Services without warning.

**You agree to:**

1. Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

2. Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

3. Use the latest version of the Website and/or App;

4. Treat other users in a courteous and respectful manner, both on and off our Services;

5. Be respectful when communicating with any of our customer care representatives or other employees;

6. Review the Safety Dating Advice;

7. Review and comply with the Member Principles, as updated from time to time; and

8. Maintain a strong password and take reasonable measures to protect the security of your login information; and

9. Present yourself respectfully and authentically by adding at least one photo that shows your face.

**You agree that you will not:**

1. Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

2. Use the Services in a way that damages the Services or prevents their use by other users;

3. Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

4. Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;

5. Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

6. Post or share Prohibited Content (see below);

7. Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

8. Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

9. Use another user's account;

10. Use our Services in relation to fraud, a pyramid scheme, or other similar practice;

11. Use our Services in relation to any political campaign financing or for the purpose of influencing any election, other than sharing your own personal political opinions.

12. Violate the terms of the license granted to you by Hinge (see Section 6 below).

13. Disclose private or proprietary information that you do not have the right to disclose;

14. Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Hinge's prior written consent;

15. Express or imply that any statements you make are endorsed by Hinge;

16. Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

17. Upload viruses or other malicious code or otherwise compromise the security of our Services;

18. Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

19. "Frame" or "mirror" any part of our Services without Hinge's prior written authorization;

20. Use meta tags or code or other devices containing any reference to Hinge or the platform (or any trademark, trade name, service mark, logo or slogan of Hinge) to direct any person to any other website for any purpose;

21. Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

22. Use or develop any third-party applications or services that directly interact with our Services or Member Content or information without our written consent, including but not limited to artificial intelligence or machine learning systems;

23. Use, access, or publish the Hinge application programming interface without our written consent;

24. Probe, scan or test the vulnerability of our Services or any system or network;

25. Encourage, promote, or agree to engage in any activity that violates these Terms; or

26. Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content - Hinge prohibits uploading or sharing content that:**

1. Could reasonably be deemed to be offensive or to harass, upset, embarrass, alarm or annoy any other person;

2. Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

3. Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

4. Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

5. Encourages or facilitates any activity that may result in harm to the user or another person, including, but not limited to, promotion of self-harm, eating disorders, dangerous challenges, violent extremism,

6. Is defamatory, libelous, or untrue;

7. Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services,

"sugar daddy" or "sugar baby" relationships, linked other websites or
premium line telephone numbers);

8. Involves the transmission of "junk" mail or "spam";

9. Contains any spyware, adware, viruses, corrupt files, worm programs or
   other malicious code designed to interrupt, damage or limit the
   functionality of or disrupt any software, hardware, telecommunications,
   networks, servers or

other equipment, Trojan horse or any other material designed to damage,
interfere with, wrongly intercept or expropriate any data or personal
information whether from Hinge or otherwise;

1. Infringes upon any third party's rights (including, without limitation,
   intellectual property rights and privacy rights);

2. Was not written by you or was automatically generated, unless expressly
   authorized by Hinge;

3. Includes the image or likeness of another person without that person's
   consent (or in the case of a minor, the minor's parent or guardian), or is
   an image or likeness of a minor unaccompanied by the minor's parent or
   guardian—for the avoidance of doubt, Hinge does not allow any minors
   in photos, and any photo including a minor will be removed;

4. Is inconsistent with the intended use of the Services; or

5. May harm the reputation of Hinge or its affiliates, meaning the uploading
   or sharing of content on the Hinge platform that is defamatory to Hinge
   or its affiliates or advocates misuse of the Service or any service
   provided by Hinge's affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited
Content") may result in the immediate suspension or termination of your
account.

### 3. CONTENT

***It is important that you understand your rights and responsibilities
with regard to the content on our Services, including any content you
provide or post. You are expressly prohibited from posting
inappropriate content.***

While using our Services, you will have access to: (i) content that you
upload or provide while using our Services, even if suggested by our
Services ("Your Content"); (ii) content that other users upload or provide
while using our Services ("Member Content"); and (iii) content that Hinge
provides on and through our Services ("Our Content"). In this agreement,
"content" includes, without limitation, all text, images, video, audio, or other
material on our Services, including information on users' profiles and in
direct messages between users.

For additional information on how we moderate content, please see our
FAQ here. For additional information on how recommended profiles are
ordered, please see our FAQ here.

### 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not upload any Prohibited Content, and your content must further comply with the Member Principles. You may not display any personal contact, banking information, or peer-to-peer payment information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card, peer-to-peer payment user name, or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We strongly encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

We may provide tools and features to enhance individual expression through Your Content and Member Content (described in Section 3b), and we're constantly developing new technologies to improve our Services. Certain tools or features may allow you to generate or enhance content based on Your Content. This is still Your Content, and you are responsible for it and its accuracy, as well as your use of it on our Services and any and all decisions made, actions taken, and failures to take action based on Your Content. Be careful in choosing and sharing Your Content.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time at our sole discretion. Furthermore, you understand and agree that we have no obligation to display or review Your Content.

### 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 20 of 131     PageID 20

You should always carefully review and independently verify Member Content for accuracy. Other users may use tools to generate or enhance content based on the Member Content they provide. Member Content may include biased, incorrect, harmful, offensive, or misleading information. Other users are responsible for their Member Content, as well as any and all decisions made, actions taken, and failures to take action based on their use of Member Content.

You do not have any rights in relation to Member Content, and, unless expressly authorized by Hinge, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing us to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

### 3c. OUR CONTENT

***Hinge owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

### 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

***Hinge does not tolerate inappropriate content or behavior on our Services.***

We are committed to maintaining a positive and respectful Hinge community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly by tapping the three dots in the top right of any profile and selecting "Report". You may also submit a report by clicking here.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

**5. PRIVACY**

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Hinge and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

**6. RIGHTS YOU ARE GRANTED BY Hinge**

*Hinge grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Hinge grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Hinge and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

**7. RIGHTS YOU GRANT Hinge**

*You own all of the content you provide to Hinge, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Hinge a worldwide, perpetual, transferable, sub- licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third- party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Hinge's license to Your Content shall be non-exclusive, except that Hinge's license shall be exclusive with respect to derivative works created through use of our Services. For example, Hinge would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Hinge can prevent the use of Your Content outside of our Services, you authorize Hinge to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Hinge is not obligated to take any action with regard to use of Your Content by other users or third parties. Hinge's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Hinge allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Hinge regarding our Services, you agree that Hinge may use and share such feedback for any purpose without compensating you.

You agree that Hinge may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; (v) protect the rights, property or personal safety of the Company or any other person, or (vi) to investigate, prevent, or take other action regarding illegal activity, suspected fraud or other wrongdoing.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from Hinge. If you purchase a subscription, it will automatically renew - and you will be charged - until you cancel.***

Hinge may offer products and services for purchase through the App Store, Google Play, or other external services authorized by Hinge (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Hinge may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

Hinge operates a global business, and our pricing varies based on a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size, past purchases, account activity, and more. We also regularly test new features and payment options. In the event of a price change, we will attempt to notify you in advance of the change by sending an email and/or other communication message to the contact information you have registered for your account. If you do not wish to accept a price change for a renewing subscription, you may cancel your subscription in accordance with the instructions included in that communication and below. If you do not timely cancel your subscription, your subscription will be renewed at the price in effect at the time of the renewal, without any additional action by you, and you authorize us to charge your payment method for these amounts. To the extent permissible by law, we reserve the right, including without prior notice, to limit the available quantity of or discontinue making available any product, feature, service or other offering; to impose conditions on the honoring of any coupon, discount, offer or other promotion; to bar any user from making any transaction; and to refuse to provide any user with any product, service or other offering.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

Case 3:25-cv-03059-K   Document 1   Filed 04/10/25   Page 23 of 131   PageID 23

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing. If you received a discounted promotional offer, your price may go up per the terms of that offer following the initial subscription period for any subsequent renewal period.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Hinge. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Hinge subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com.

Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Hinge subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Hinge may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Hinge subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Hinge will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account.

Certain users may be entitled to request a refund. See Section 8d below for more information.

**8b. INTERNAL PURCHASES AND SUBSCRIPTIONS**

***Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.***

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes

that may be imposed on your payments (and as may change from time to time), and you authorize Hinge to charge the payment method you provide (your "Payment Method"). Hinge may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Hinge may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Hinge subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Service at hello@hinge.com.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Account section. If you cancel a subscription, you may continue to use the canceled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool and following the link to let your upgrade expire. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. See Section 8d below for more information.

**8c. VIRTUAL ITEMS**

***Virtual items are non-refundable and subject to certain conditions.***

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features including but not limited to credits redeemable on virtual items, such as Boost ("Virtual Item(s)") from Hinge. You may only purchase Virtual Items from us or our authorized partners through our Services.

Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 25 of 131    PageID 25

when Hinge ceases providing our Services, or your account is otherwise closed or terminated.

Hinge, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Hinge may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Hinge shall have no liability to you or any third party in the event that Hinge exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT HINGE IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

### 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable to your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Germany:

You may terminate your subscription after it has renewed with a notice period of one month. Your right to terminate for cause remains unaffected.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and Israel:

Your Right to Cancel - You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Hinge. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Hinge Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Hinge, Attn: Cancellations, P.O. Box 25472,

Dallas, Texas 75225, USA (California and Ohio users may also email by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the App, going to the "Profile" tab, and selecting "Settings" (the gear icon), and following the instructions to terminate your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., App Store, Google Play) to avoid additional billing.**

Hinge reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Hinge believes that you have violated these Terms, misused our Services, or behaved in a way that Hinge regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Hinge for any reason, these Terms continue and remain enforceable between you and Hinge, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Hinge does not conduct criminal background or identity verification checks on its users. Though Hinge strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. Use your best judgment when interacting with others and review our Safety Dating Advice.*

YOU UNDERSTAND THAT HINGE DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. HINGE MAKES NO REPRESENTATIONS OR WARRANTIES AS

TO THE CONDUCT, IDENTITY, HEALTH, OR PHYSICAL CONDITION, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. HINGE RESERVES THE RIGHT TO CONDUCT - AND YOU AUTHORIZE HINGE TO CONDUCT - ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY DATING ADVICE AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY HINGE, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Hinge strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

**11. DISCLAIMER**

*Hinge's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services or Member Content.*

Hinge PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. HINGE DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE, COMPLETE, CURRENT, OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, HINGE MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

HINGE ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, RECEIVES, AND/OR ACTS ON THROUGH OUR SERVICES, NOR DOES HINGE ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH HINGE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. HINGE IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

***We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.***

Hinge has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Hinge will terminate the accounts of repeat infringers.

**13. ADS AND THIRD-PARTY CONTENT**

*Like many subscription-based services, there are ads on our Services.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. In addition, our Services may allow you to watch an advertisement in exchange for Virtual Items; Hinge does not guarantee that you will always be eligible to watch such advertisements, or that any such advertisements will be available. Hinge may also provide non-commercial links or references to third parties within its content. Hinge is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Hinge is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Hinge is not responsible or liable for such third parties' terms or actions.

**14. LIMITATION OF LIABILITY**

*Hinge's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL HINGE, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS (INCLUDING BUT NOT LIMITED TO CONTENT DEFINED ABOVE AS 'MEMBER CONTENT' OR 'YOUR CONTENT') OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) ANY UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF HINGE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL HINGE'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO HINGE FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST HINGE, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. Hinge does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact Hinge Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Hinge, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Hinge" shall include our affiliates, employees, licensors, and service providers.

Hinge values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes. "Dispute" is any dispute, claim, or controversy between you and Hinge that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Service, or our relationship with you. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement (unless this Agreement is superseded by a subsequent Agreement entered into by you and Hinge). If you have a Dispute with Hinge ("Your Dispute"), before formally pursuing Your Dispute in arbitration or small claims court, you agree to first (send a detailed notice ("Notice") to CT Corporation, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801, USA. However, if Your Dispute includes individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services, then you are not required to send a Notice before pursuing your claims in accordance with Section 17. If Hinge has a Dispute with you ("Hinge's Dispute"), Hinge agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Hinge to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 31 of 131    PageID 31

calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Hinge's Dispute Notice must likewise set forth a detailed description of Hinge's Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Hinge agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, Hinge may request a telephone conference with you to discuss Your Dispute, and you agree to personally participate, with your attorney if you're represented by counsel. Likewise, you may request a telephone conference to discuss Hinge's Dispute with you, and Hinge agrees to have one representative participate. (For the avoidance of doubt, Hinge's termination of your account, as set forth in Section 4 above, is not Hinge's Dispute with you.) This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Hinge may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action (except for individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services). Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Hinge engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action accordingly.

All offers, promises, conduct, and statements made in the course of the informal dispute resolution process by any party, its agents, employees, and attorneys are confidential and not admissible for any purpose in any subsequent proceeding (except to the extent required to certify in writing that the Party met the requirements of this informal dispute resolution process before commencing a NAM arbitration), provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable.

**15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER**

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND HINGE EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT OR FOR INDIVIDUAL CLAIMS OF SEXUAL ASSAULT OR SEXUAL HARASSMENT OCCURING IN CONNECTION WITH YOUR USE OF THE SERVICES, AS PROVIDED HEREIN). YOU AND HINGE EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST HINGE. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO**

BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE AFFIRMED AND SUCH DECISION BECOMES FINAL, THEN YOU AND HINGE AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

**15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT**

Any Dispute (that is not resolved informally by Hinge Customer Service or as provided under subsection 15a above) shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. Notwithstanding the foregoing, either you or Hinge may elect to have an individual claim heard in small claims court, and individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services may be brought in accordance with Section 17. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed by the arbitration provider (e.g., NAM). Any controversy over the small claims court's jurisdiction shall be exclusively determined by such small claims court. No determinations made by a small claims court shall have preclusive effect in any proceeding involving Hinge and anyone other than you. In the event such small claims court specifically determines that it is without jurisdiction to hear the Dispute, you and Hinge shall arbitrate the Dispute under the terms of this Agreement. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section and including questions of arbitrability, any request to proceed in small claims court that is made after an arbitrator has been appointed, and any dispute as to whether either Party is in breach or default of the Dispute Resolution Section or has explicitly or implicitly waived the right to arbitrate. If you or Hinge challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However,

such court determination shall not be considered a deemed binding or have preclusive effect with respect to any proceeding involving Hinge and anyone other than you.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Hinge (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

### 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal dispute resolution process described in subsection 15a above and when no small claims court election is made by you or Hinge. Any arbitration between you and Hinge shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 or at email address at commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the Parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement and this Agreement will govern to the extent it conflicts with the arbitration provider's rules. If the Parties are unable to agree, they will petition a court of competent jurisdiction to appoint an arbitration provider who will assume NAM's duties under this Agreement and this Agreement will govern to the extent it conflicts with the arbitration provider's rules.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section (subject to either Party's small claims court election as described above):

1. **Commencing an Arbitration** – To initiate an arbitration, you or Hinge shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Hinge at CT Corporation, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801, USA, within 7 days of delivery of the Demand for Arbitration to NAM. If Hinge sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 7-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of NAM fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Hinge of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Hinge is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Hinge initiates an arbitration against you, we shall pay all NAM fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. If after meeting and conferring the Parties cannot agree on a dispute about discovery or a request for extension, that matter shall be submitted promptly to the Claim Arbitrator

for resolution. In ruling on any discovery matter, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and the extent to which the requested discovery is truly necessary for the adequate preparation of a claim or defense, and NAM's goal of efficient and economical resolutions. The burden of establishing good cause for any additional discovery is on the moving Party.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Hinge are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Hinge and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing.** If, at any time, 25 or more similar Demands for Arbitration are asserted against Hinge or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

a. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

b. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Hinge in writing and submitted to NAM and all Parties.

*Bellwether Proceedings.* **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. For the first set of bellwether proceedings, counsel for the Mass Filings claimants (including you) and counsel for Hinge shall each select 15 Demands for Arbitration (30 total) to proceed, and no more than those 30 arbitrations shall be filed, processed, adjudicated, or pending at such time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then the Parties will continue to engage in the bellwether proceedings for an additional four (4) rounds, increasing the amount of Demands for Arbitration selected by counsel for each Party by five (5) with each round, so that during the second round, counsel for the Claimants and counsel for Hinge shall each select an additional 20 Demands for Arbitration (40 total), in the third round, 25 each (50 total), in the fourth round, 30 each (60 total), and in the fifth round 35 each (70 total). Within each round, each of the individual arbitrations is to be presided over by a different Claim Arbitrator, and during these additional rounds of the bellwether proceedings, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated once selected by the Procedural Arbitrator. Following the first round of bellwether proceedings, but before the second round of bellwether proceedings, counsel for the Parties shall participate in a global mediation, before a retired federal or state-court judge (unless the Parties agree otherwise), with Hinge to pay the mediator's fees. Following the second, third, fourth, and fifth rounds of bellwether proceedings, counsel for both parties should discuss additional mediation and seek out opportunities to resolve the remaining Demands for Arbitration, but will only proceed with mediation upon consent of counsel for all Parties.**

If the Parties are unable to resolve the remaining Demands for Arbitration after the fifth set of bellwether proceedings are arbitrated or otherwise resolved, and the Parties decide to not continue with additional rounds of bellwether proceedings, then counsel for the Claimants and counsel for Hinge shall discuss with NAM a fair process for individually adjudicating the remaining Demands for Arbitration. Under this process, the Procedural Arbitrator will make the final decision on the number of Demands for Arbitration that can proceed individually at any time, as well as a method for selecting which Demands for Arbitration will proceed, taking into account the number of individual arbitrations that counsel for Claimants and counsel for Hinge are able to reasonably manage at the same time, as well as the number of individual arbitrations that NAM is able to administer. A Demand for Arbitration that was not included in the bellwethering process will only be deemed filed, processed, or adjudicated once selected by the Procedural Arbitrator. At any time after the first set of Demands for Arbitration are resolved (30 Demands for Arbitration total), the Parties may agree to forgo the bellwether proceedings for any additional Demands for Arbitration deemed to be part of the Mass Filings. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Hinge and the Claimants (including you), shall only be due after the Demand for Arbitration is chosen to proceed as part of a set of bellwether proceedings, or after being selected by the Procedural Arbitrator to proceed upon completion of the bellwether proceedings, and therefore properly designated for filing, processing, and adjudication. The Parties are encouraged to meet and confer throughout this process regarding ways to streamline the proceedings, including discussion of potential ways to increase the number of Demands for Arbitration to be adjudicated in sets of staged bellwether proceedings. Either Party may negotiate with NAM as to reducing and deferring fees and streamlining procedures. If you are a Mass Filing claimant, any applicable statute of limitations (or other applicable limitations period) shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration that are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is either selected by counsel for the Parties in the bellwether proceedings or selected by the Procedural Arbitrator following completion of the bellwether proceedings. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

1. You and Hinge agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Hinge acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

### 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Hinge prior to

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 38 of 131    PageID 38

the time of your consent to this Agreement and to any claims that accrue against you or Hinge after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Hinge prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@hinge.co. Please do not direct any customer support inquiries OptOut@hinge.co, as they will not be addressed; such inquiries should be directed to Customer Service at hello@hinge.co. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Hinge after your consent to this Agreement in accordance with this Dispute Resolution Section.

### 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

The laws of Texas, U.S.A., without regard to its conflict of laws rules, shall explicitly apply to any Dispute arising out of or relating to this Agreement or our Services, and the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

In the EU and EEA, the choice of Texas governing law shall not apply only where a mandatory consumer protection law explicitly prohibits such choice of law provisions.

### 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).***

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement (including any challenges to the class action waiver provision in subsection 15b), to our Services, or to your relationship with Hinge that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Hinge consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

### 18. INDEMNITY BY YOU

*You agree to indemnify Hinge if a claim is made against Hinge due to your actions.*

Where permitted by law, you agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Hinge, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, your conduct toward other users, or your breach of this Agreement. SOME JURISDICTIONS DO NOT ALLOW INDEMNIFICATION, SO SOME OR ALL OF THIS SECTION MAY NOT APPLY TO YOU.

### 19. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Member Principles, and Safety Dating Advice (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

### 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Member Principles, and Safety Dating Advice, and any Additional Terms Upon Purchase, contain the entire agreement between you and Hinge regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Hinge account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Hinge in any manner.

### 21. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin*

For subscribers residing in New York:

The Services do not guarantee any number of "referrals" - rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

How your information is used and how you may access your information is set forth in Section 5 and our Privacy Policy;

You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

Our Services are widely available in the United States - if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel - You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

## 22. SPECIAL COUNTRY TERMS

***Special terms apply in Denmark.***

For subscribers residing in Denmark:

If you wish to exercise your right of cancellation, you may complete and send the below standard form of cancellation. NOTE: if you purchased your subscription through Apple, the termination or cancellation must be sent to Apple.

Exception to the right of cancellation: You cannot cancel an order that includes a delivery of digital content that is not delivered on a physical medium if order processing has begun with your express, prior consent

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 41 of 131    PageID 41

and acknowledgement that you thereby waive your right of cancellation. This applies, for example, to the purchase of Virtual Items. This means that these types of purchases are FINAL AND NON-EXCHANGEABLE OR REFUNDABLE.

To MTCH Technology Services Limited, Tinder, Attn: Cancellations, MTCH Technology Services Limited, 1 Hatch Street Upper, Dublin 2, Ireland D02PY28, email: legaldept@match.com.

I hereby declare that I wish to exercise my right of withdrawal in connection with my purchase agreement for the provision of the following services

Order number:

Order date:

Customer's name:

Customer's address:

Customer's email address:

The customer's phone number:

Date:



© 2024 Hinge Inc.

# EXHIBIT B

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K      Document 1      Filed 11/10/25      Page 43 of 131      PageID 43



# Tinder Terms of Use

*Effective on April 1, 2024;* [download these Terms of Use as a PDF](#)

**Here is a short [summary](#) of our Terms of Use.**

California subscribers: You may cancel your subscription, without penalty or
obligation, at any time prior to midnight of the third business day following the date
you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google
Play), you must cancel through your External Service, as set forth in more detail in
Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple,
not Tinder. You can request a refund from Apple through your Apple ID account on
your phone or at [https://getsupport.apple.com](https://getsupport.apple.com). All other users may request a refund
by contacting Tinder Customer Service via our [Help Center](#), or by mailing or
delivering a signed and dated notice that states that you, the buyer, are canceling
this agreement, or words of similar effect. Please also include your name and the
email address, phone number, or other unique identifier you used to sign up for your
account.

This notice shall be sent to: Tinder, Attn: Cancellations, P.O. Box 25472, Dallas, Texas
75225, USA. The Company's business is conducted, in part, at 8750 N. Central
Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use
("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472,
Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report
complaints to the Complaint Assistance Unit of the Division of Consumer Services of
the California Department of Consumer Affairs by contacting them in writing at
Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA
95834, or by telephone at (800) 952-5210.

**We have included brief summaries at the beginning of each section to make it
easier for you to read and understand this agreement. The summaries do not
replace the text of each section, and you should still read each section in its
entirety.**

5/9/24, 10:15 PM    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 44 of 131    PageID 44

# 1. INTRODUCTION

By accessing or using Tinder's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our **Privacy Policy**, **Cookie Policy**, **Community Guidelines**, and **Safety Tips**, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH DISPUTES WILL BE ADDRESSED BETWEEN YOU AND TINDER. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS (EXCEPT FOR INDIVIDUAL CLAIMS OF SEXUAL ASSAULT OR SEXUAL HARASSMENT OCCURRING IN CONNECTION WITH YOUR USE OF THE SERVICES), AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

We may update these Terms from time to time, so check this page regularly for updates.

Welcome to Tinder.

If you live in the European Economic Area, the United Kingdom, or Switzerland, these Terms of Use are between you and:

MTCH Technology Services Limited ("MTCH Technology")
1 Hatch Street Upper
Dublin 2,
Dublin
D02 PY28
Ireland

If you live in Japan, these Terms of Use apply between you and:

MG Japan Services GK ("MG Japan")
4F Sumitomo Fudosan Azabu Bldg.

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 45 of 131     PageID 45

1-4-1 Mita Minato-ku, Tokyo 108-0073

Japan

If you live anywhere else, these Terms of Use apply between you and:

Match Group, LLC ("Match Group")

8750 North Central Expressway, Suite 1400

Dallas, TX 75231, USA

The terms "us", "we", "Company" and/or "Tinder" refer to MTCH Technology, MG Japan, or Match Group based on your country of residence. Together you and Tinder may be referred to as the "Parties" or separately as "Party".

As used in this Agreement, the terms "Tinder," "us," "we," the "Company", and "our" shall refer to Match Group, LLC and/or MTCH Technology Services Limited, as appropriate. Together you and Tinder may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on Tinder.com(the "Website"), the Tinder mobile application (the "App"), or any other platforms or services Tinder may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Tinder ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

Subject to applicable law, we reserve the right to modify, amend, or change the Terms at any time. Notice of material changes will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately. Notwithstanding the foregoing,

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 46 of 131    PageID 46

any material changes to the Limitation of Liability in Section 14 and the Dispute Resolution provisions in Section 15 below will require your affirmative acceptance. Further, we reserve the right to change the availability of features in our subscription plans.

# 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

**Before you create an account on Tinder, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Tinder.**

**You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:**

1. You are an individual (i.e., not any body corporate, partnership or other business entity) at least 18 years old;
2. You are legally qualified to enter a binding contract with Tinder;
3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;
4. You are not on any list of individuals prohibited from conducting business with the United States (for example, the U.S. Treasury Department's list of Specially Designated Nationals or any similar government agency list) nor do you face any other similar prohibition);
5. You are not prohibited by law from using our Services;
6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;
7. You are not required to register as a sex offender with any state, federal or local sex offender registry;
8. You do not have more than one account on our Services; and
9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

Case 3:25-cv-03059-K        Document 1        Filed 11/10/25        Page 47 of 131        PageID 47

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account, and we retain the right to remove your access to our Services without warning.

**You agree to:**

1. Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
2. Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
3. Use the latest version of the Website and/or App;
4. Review the Safety Tips;
5. Review and comply with the Community Guidelines, as updated from time to time; and
6. Take reasonable measures to protect the security of your login information.

**You agree that you will not:**

1. Misrepresent your identity, age, or affiliations with a person or entity;
2. Use the Services in a way that damages the Services or prevents their use by other users;
3. Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
4. Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
5. Harass, bully, stalk, intimidate, assault, defame, harm or otherwise abuse or cause psychological harm;
6. Post or share Prohibited Content (see below);
7. Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
8. Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
9. Use another user's account;

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 48 of 131     PageID 48

10. Use our Services in relation to fraud, a pyramid scheme, or other similar practice;

11. Use our Services in relation to any political campaign financing or for the purpose of influencing any election, other than sharing your own personal political opinions.

12. Violate the terms of the license granted to you by Tinder (see Section 6 below).

13. Disclose private or proprietary information that you do not have the right to disclose;

14. Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Tinder's prior written consent;

15. Express or imply that any statements you make are endorsed by Tinder;

16. Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

17. Upload viruses or other malicious code or otherwise compromise the security of our Services;

18. Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

19. "Frame" or "mirror" any part of our Services without Tinder's prior written authorization;

20. Use meta tags or code or other devices containing any reference to Tinder or the platform (or any trademark, trade name, service mark, logo or slogan of Tinder) to direct any person to any other website for any purpose;

21. Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

22. Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent, including but not limited to artificial intelligence or machine learning systems;

23. Use, access, or publish the Tinder  application programming interface without our written consent;

24. Probe, scan or test the vulnerability of our Services or any system or network;

25. Encourage, promote, or agree to engage in any activity that violates these Terms;

26. Create a new account after we suspend or terminate your account, unless you receive our express permission; or

27. Submit a report about a member's behavior or content that is false, misleading, or otherwise manifestly unfounded, or abuse any Tinder reporting or appeals request system made available.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content - Tinder prohibits uploading or sharing content that:**

1. Could reasonably be deemed to be offensive or to harass, abuse or cause psychological distress to another person;

2. Is obscene, pornographic, violent or contains nudity;

3. Is abusive, threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

4. Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

5. Encourages or facilitates any activity that may result in harm to the user or another person, including, but not limited to, promotion of self-harm, eating disorders, dangerous challenges, violent extremism,

6. Is defamatory, libelous, or untrue;

7. Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, sex work, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

8. Involves or facilitates the transmission of spam;

9. Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or

other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Tinder or otherwise;

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 50 of 131     PageID 50

1. Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

2. Was not written by you, unless expressly authorized by Tinder;

3. Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian);

4. Includes an image or likeness of a minor who is unaccompanied by the minor's parent or guardian or not fully clothed or otherwise depicts or implies a minor engaged in sexual activity;

5. Is inconsistent with the intended use of the Services; or

6. May harm the reputation of Tinder or its affiliates, meaning the uploading or sharing of content on the Tinder platform that is defamatory to Tinder or its affiliates or advocates misuse of the Service or any service provided by Tinder's affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

# 3. CONTENT

**It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.**

While using our Services, you will have access to: (i) content that you upload or provide while using our Services, even if suggested by our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Tinder provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

For additional information on how we moderate content, please see our Safety page for more details.  For additional information on how recommended profiles are ordered, please see the Method Behind our Matching.

## 3a. YOUR CONTENT

**You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to**

5/9/24, 10:15 PM
Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 51 of 131    PageID 51

legal liability.

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not upload any Prohibited Content, and your content must further comply with the Community Guidelines. You may not display any personal contact, banking information, or peer-to-peer payment information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card, peer-to-peer payment user name, or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We strongly encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

We may provide tools and features to enhance individual expression through Your Content and Member Content (described in Section 3b), and we're constantly developing new technologies to improve our Services. Certain tools or features may allow you to generate or enhance content based on Your Content. This is still Your Content, and you are responsible for it and its accuracy, as well as your use of it on our Services and any and all decisions made, actions taken, and failures to take action based on Your Content. Be careful in choosing and sharing Your Content.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your

5/9/24, 10:15 PM    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 52 of 131    PageID 52

Content at any time at our sole discretion. Furthermore, you understand and agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

**While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.**

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You should always carefully review and independently verify Member Content for accuracy. Other users may use tools to generate or enhance content based on the Member Content they provide.  Member Content may include biased, incorrect, harmful, offensive, or misleading information. Other users are responsible for their Member Content, as well as any and all decisions made, actions taken, and failures to take action based on their use of Member Content.

You do not have any rights in relation to Member Content, and, unless expressly authorized by Tinder, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing us to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

**Tinder owns or licenses all other content on our Services.**

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K      Document 1      Filed 11/10/25      Page 53 of 131      PageID 53

# 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

**Tinder does not tolerate inappropriate content or behavior on our Services.**

We are committed to maintaining a positive and respectful community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report User" link on a user's profile or in the messaging experience. You may also contact Customer Support.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Hinge, Plenty of Fish, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, please see our Safety page), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

# 5. PRIVACY

**Privacy is important to us. We have a separate policy about it that you should read.**

For information about how Tinder and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

# 6. RIGHTS YOU ARE GRANTED BY TINDER

**Tinder grants you the right to use and enjoy our Services, subject to these Terms.**

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 54 of 131    PageID 54

For as long as you comply with these Terms, Tinder grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Tinder and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

# 7. RIGHTS YOU GRANT TINDER

**You own all of the content you provide to Tinder, but you also grant us the right to use Your Content as provided in this Agreement.**

By creating an account, you grant to Tinder a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third- party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Tinder's license to Your Content shall be non-exclusive, except that Tinder's license shall be exclusive with respect to derivative works created through use of our Services. For example, Tinder would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Tinder can prevent the use of Your Content outside of our Services, you authorize Tinder to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Tinder is not obligated to take any action with regard to use of Your Content by other users or third parties. Tinder's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Tinder allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Tinder regarding our Services, you agree that Tinder may use and share such feedback for any purpose without compensating you.

Case 3:25-cv-03059-K      Document 1      Filed 11/10/25      Page 55 of 131      PageID 55

You agree that Tinder may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; (v) protect the rights, property or personal safety of the Company or any other person, or (vi) to investigate, prevent, or take other action regarding illegal activity, suspected fraud or other wrongdoing.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

**You will have the opportunity to purchase products and services from Tinder. If you purchase a subscription, it will automatically renew - and you will be charged - until you cancel.**

Tinder may offer products and services for purchase through iTunes, Google Play, or other external services authorized by Tinder (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Tinder may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your account, you must terminate your account as set forth in Section 9.

Tinder operates a global business, and our pricing varies based on a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size, past purchases, account activity and more. We also regularly test new features and payment options. If you do not timely cancel your subscription, your subscription will be renewed at the full price as indicated when the purchase was made, without any additional action by you, and you authorize us to charge your payment method for these amounts. To the extent permissible by law, we reserve the right, including without prior notice, to limit the

available quantity of or discontinue making available any product, feature, service or other offering; to impose conditions on the honoring of any coupon, discount, offer or other promotion; to bar any user from making any transaction; and to refuse to provide any user with any product, service or other offering.

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

**External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.**

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing. If you received a discounted promotional offer, your price may go up per the terms of that offer following the initial subscription period for any subsequent renewal period.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Tinder. To cancel a purchase made with your Apple ID, go to Settings within the app , and follow the instructions to cancel. You can also request assistance at Apple Support.

Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your

5/9/24, 10:15 PM                                Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K      Document 1      Filed 11/10/25      Page 57 of 131      PageID 57

mobile device and navigate to Settings. You can also request assistance at Google Play. If you cancel a subscription, you may continue to use the canceled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Tinder may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Tinder subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Tinder will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

**Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.**

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Tinder to charge the payment method you provide (your "Payment Method"). Tinder may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Tinder may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Tinder subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Account section. If you cancel a subscription, you may continue to use the cancelled service until the

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 58 of 131    PageID 58

end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool and following the link to let your upgrade expire. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. If you reside outside of the Americas, you agree that your payment to Tinder may be through MTCH Technology Services Limited, and if you reside in the United States, that your payment to Tinder may be through Plentyoffish Media LLC. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

**Virtual items are non-refundable and subject to certain conditions.**

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features including but not limited to credits redeemable on virtual items, such as Super Like, Boost, Live Credits, or Gifts ("Virtual Item(s)") from Tinder. You may only purchase Virtual Items from us or our authorized partners through our Services.

Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 59 of 131    PageID 59

license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Tinder ceases providing our Services, or your account is otherwise closed or terminated.

Tinder, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Tinder may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Tinder shall have no liability to you or any third party in the event that Tinder exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT TINDER IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

**Generally, all purchases are nonrefundable. Special terms for refunds apply in the EU, EEA, UK, Switzerland, Korea, and Israel. Special terms for refunds also apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.**

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Germany:

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 60 of 131    PageID 60

You may terminate your subscription after it has renewed with a notice period of one month. Your right to terminate for cause remains unaffected.

For subscribers and purchasers of Virtual Items residing in the Republic of Korea:

in accordance with local law, you are entitled to a full refund of your subscription and/or unused Virtual Items during the 7 days following the purchase. Please note that this 7-day period commences upon the purchase.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and Israel:

Your Right to Cancel - You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Tinder. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at Apple Support. For any other purchase, please contact Tinder Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to:

Tinder,
Attn: Cancellations,
P.O. Box 25472,

5/9/24, 10:15 PM

Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 61 of 131    PageID 61

Dallas, Texas 75225, USA

# 9. ACCOUNT TERMINATION

**If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.**

You can delete your account at any time by logging into the Website or App, going to "Settings", clicking "Delete Account", and following the instructions to complete the deletion process. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Tinder reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Tinder believes that you have violated these Terms, misused our Services, or behaved in a way that Tinder regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Tinder for any reason, these Terms continue and remain enforceable between you and Tinder, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

# 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

**Tinder does not conduct criminal background or identity verification checks on its users. Though Tinder strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. Use your best judgment when interacting with others and review our Safety Tips.**

YOU UNDERSTAND THAT TINDER DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. TINDER MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, HEALTH, PHYSICAL CONDITION, INTENTIONS, LEGITIMACY, OR VERACITY OF

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 62 of 131    PageID 62

USERS. TINDER RESERVES THE RIGHT TO CONDUCT - AND YOU AUTHORIZE TINDER TO CONDUCT - ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** WE CANNOT AND DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY TINDER, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Tinder strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

# 11. DISCLAIMER

**Tinder's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services or Member Content.**

TINDER PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. TINDER DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR

SERVICES WILL BE ACCURATE, COMPLETE, CURRENT OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, TINDER MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

TINDER ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, RECEIVES, OR ACTS ON THROUGH OUR SERVICES, NOR DOES TINDER ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH TINDER. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. TINDER IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

# 12. DIGITAL MILLENNIUM COPYRIGHT ACT

**We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.**

Tinder has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;
3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 64 of 131    PageID 64
reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Tinder will terminate the accounts of repeat infringers.

# 13. ADS AND THIRD-PARTY CONTENT

**You may see ads and third-party promotions on our Services. Tinder does not endorse and isn't responsible for your interactions with those products or services.**

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources.  In addition, our Services may allow you to watch an advertisement in exchange for Virtual Items; Tinder does not guarantee that you will always be eligible to watch such advertisements, or that any such advertisements will be available.  Tinder may also provide non-commercial links or references to third parties within its content. Tinder is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Tinder is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Tinder is not responsible or liable for such third parties' terms or actions.

# 14. LIMITATION OF LIABILITY

**Tinder's liability is limited to the maximum extent allowed by applicable law.**

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 65 of 131    PageID 65

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL TINDER, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) ANY UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF TINDER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL TINDER'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE GREATER OF (A) $100 USD OR (B) THE AMOUNT PAID, IF ANY, BY YOU TO TINDER FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST TINDER, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS, PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

# 15. DISPUTE RESOLUTION SECTION

**In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.**

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d,

and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available at Online Dispute Resolution | European Commission. Tinder does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact Tinder Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Tinder, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Tinder" shall include our affiliates, employees, licensors, and service providers.

Tinder values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes. "Dispute" is any dispute, claim, or controversy between you and Tinder that arises from or related in any way to this Agreement (including any alleged breach of this Agreement), the Service, or our relationship with you. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement (unless this Agreement is superseded by a subsequent Agreement entered into by you and Tinder). If you have a Dispute with Tinder ("Your Dispute"), before formally pursuing Your Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to CT Corporation, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801, USA. However, if Your Dispute includes individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services, then you are not required to send a Notice before pursuing your claims in accordance with Section 17. If Tinder has a Dispute with you ("Tinder's Dispute"), Tinder agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Tinder to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 67 of 131    PageID 67

of your alleged damages (if any). You must personally sign this Notice for it to be effective. Tinder's Dispute Notice must likewise set forth a detailed description of Tinder's Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Tinder agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, Tinder may request a telephone conference with you to discuss Your Dispute, and you agree to personally participate, with your attorney if you're represented by counsel. Likewise, you may request a telephone conference to discuss Tinder's Dispute with you, and Tinder agrees to have one representative participate. (For the avoidance of doubt, Tinder's termination of your account, as set forth in Section 4 above, is not Tinder's Dispute with you.) This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Tinder may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action (except for individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services). Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Tinder engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action accordingly.

All offers, promises, conduct, and statements made in the course of the informal dispute resolution process by any party, its agents, employees, and attorneys are confidential and not admissible for any purpose in any subsequent proceeding (except to the extent required to certify in writing that the Party met the requirements of this informal dispute resolution process before commencing a NAM arbitration), provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND TINDER EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT OR FOR INDIVIDUAL CLAIMS OF SEXUAL ASSAULT OR SEXUAL HARASSMENT OCCURING IN CONNECTION WITH YOUR USE OF THE SERVICES, AS PROVIDED HEREIN). YOU AND TINDER EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST TINDER. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE AFFIRMED AND SUCH DECISION BECOMES FINAL, THEN YOU AND TINDER AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 69 of 131    PageID 69

# 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any Dispute (that is not resolved informally by Tinder Customer Service or as provided under subsection 15a above) shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. Notwithstanding the foregoing, either you or Tinder may elect to have an individual claim heard in small claims court, and individual claims of sexual assault or sexual harassment occurring in connection with your use of the Services may be brought in accordance with Section 17. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed by the arbitration provider (e.g., NAM). Any controversy over the small claims court's jurisdiction shall be exclusively determined by such small claims court. No determinations made by a small claims court shall have preclusive effect in any proceeding involving Tinder and anyone other than you. In the event such small claims court specifically determines that it is without jurisdiction to hear the Dispute, you and Tinder shall arbitrate the Dispute under the terms of this Agreement. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section and including questions of arbitrability, any request to proceed in small claims court that is made after an arbitrator has been appointed, and any dispute as to whether either Party is in breach or default of the Dispute Resolution Section or has explicitly or implicitly waived the right to arbitrate. If you or Tinder challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding or have preclusive effect with respect to any proceeding involving Tinder and anyone other than you.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Tinder (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K      Document 1      Filed 11/10/25      Page 70 of 131      PageID 70

jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

# 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal dispute resolution process described in subsection 15a above and when no small claims court election is made by you or Tinder. Any arbitration between you and Tinder shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit [Rules, Fees & Forms - National Arbitration and Mediation](#) or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 or at email address at [commercial@namadr.com](mailto:commercial@namadr.com). If NAM is unable or unwilling to perform its duties under this Agreement, the Parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement and this Agreement will govern to the extent it conflicts with the arbitration provider's rules. If the Parties are unable to agree, they will petition a court of competent jurisdiction to appoint an arbitration provider who will assume NAM's duties under this Agreement and this Agreement will govern to the extent it conflicts with the arbitration provider's rules.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section (subject to either Party's small claims court election as described above):

1. **Commencing an Arbitration** — To initiate an arbitration, you or Tinder shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Tinder at CT Corporation, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801, USA, within 7 days of delivery of the Demand for Arbitration to NAM. If Tinder sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 7-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 71 of 131    PageID 71

account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of NAM fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Tinder of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. Tinder is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If Tinder initiates an arbitration against you, we shall pay all NAM fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral arbitrator (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 72 of 131    PageID 72
to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** —Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. If after meeting and conferring the Parties cannot agree on a dispute  about discovery or a request for extension, that matter shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery matter, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and the extent to which the requested discovery is truly necessary for the adequate preparation of a claim or defense, and NAM's goal of efficient and economical resolutions. The burden of establishing good cause for any additional discovery is on the moving Party.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Tinder are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 73 of 131    PageID 73

Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing at least within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **<u>Arbitration Award</u>** — Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Tinder and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** — The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or case law prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **Mass Filing** – If, at any time, 25 or more similar demands for arbitration are asserted against Tinder or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

1. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

2. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Tinder in writing and submitted to NAM and all Parties.

*Bellwether Proceedings*. **Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. For the first set of bellwether proceedings, counsel for the Mass Filings claimants (including you) and counsel for Tinder shall each select 15 Demands for Arbitration (30 total) to proceed, and no more than those 30 arbitrations shall be filed, processed, adjudicated, or pending at such time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending.**

**If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then the Parties will continue to engage in the bellwether proceedings for an additional four (4) rounds, increasing the amount of**

Demands for Arbitration selected by counsel for each Party by five (5) with each round, so that during the second round, counsel for the Claimants and counsel for Tinder shall each select an additional 20 Demands for Arbitration (40 total), in the third round, 25 each (50 total), in the fourth round, 30 each (60 total), and in the fifth round 35 each (70 total). Within each round, each of the individual arbitrations is to be presided over by a different Claim Arbitrator, and during these additional rounds of the bellwether proceedings, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated once selected by the Procedural Arbitrator. Following the first round of bellwether proceedings, but before the second round of bellwether proceedings, counsel for the Parties shall participate in a global mediation, before a retired federal or state-court judge (unless the Parties agree otherwise), with Tinder to pay the mediator's fees. Following the second, third, fourth, and fifth rounds of bellwether proceedings, counsel for both parties should discuss additional mediation and seek out opportunities to resolve the remaining Demands for Arbitration, but will only proceed with mediation upon consent of counsel for all Parties.

If the Parties are unable to resolve the remaining Demands for Arbitration after the fifth set of bellwether proceedings are arbitrated or otherwise resolved, and the Parties decide to not continue with additional rounds of bellwether proceedings, then counsel for the Claimants and counsel for Tinder shall discuss with NAM a fair process for individually adjudicating the remaining Demands for Arbitration. Under this process, the Procedural Arbitrator will make the final decision on the number of Demands for Arbitration that can proceed individually at any time, as well as a method for selecting which Demands for Arbitration will proceed, taking into account the number of individual arbitrations that counsel for Claimants and counsel for Tinder are able to reasonably manage at the same time, as well as the number of individual arbitrations that NAM is able to administer. A Demand for Arbitration that was not included in the bellwethering process will only be deemed filed, processed, or adjudicated once selected by the Procedural Arbitrator. At any time after the first set of Demands for Arbitration are resolved (30 Demands for Arbitration total), the Parties may agree to forgo the bellwether proceedings for any additional Demands for Arbitration

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cy-03059-K    Document 1    Filed 11/10/25    Page 76 of 131    PageID 76

deemed to be part of the Mass Filings. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Tinder and the Claimants (including you), shall only be due after the Demand for Arbitration is chosen to proceed as part of a set of bellwether proceedings, or after being selected by the Procedural Arbitrator to proceed upon completion of the bellwether proceedings, and therefore properly designated for filing, processing, and adjudication. The Parties are encouraged to meet and confer throughout this process regarding ways to streamline the proceedings, including discussion of potential ways to increase the number of Demands for Arbitration to be adjudicated in sets of staged bellwether proceedings. Either Party may negotiate with NAM as to reducing and deferring fees and streamlining procedures. If you are a Mass Filing claimant, any applicable statute of limitations (or other applicable limitations period) shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration that are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is either selected by counsel for the Parties in the bellwether proceedings or selected by the Procedural Arbitrator following completion of the bellwether proceedings. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

3. You and Tinder agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Tinder acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Tinder prior to the time of your consent to this Agreement and to any claims that accrue against you or Tinder after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K        Document 1      Filed 11/10/25        Page 77 of 131        PageID 77

Resolution Section 15 as to claims that have accrued against you or against Tinder prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: tinderoptout@match.com. Please do not direct any customer support inquiries to tinderoptout@match.com, as they will not be addressed; such inquiries should be directed to  customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Tinder after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

**Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).**

The laws of Texas, U.S.A., without regard to its conflict of laws rules, shall explicitly apply to any Dispute arising out of or relating to this Agreement or our Services, and the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

In the EU and EEA, the choice of Texas governing law shall not apply only where a mandatory consumer protection law explicitly prohibits such choice of law provisions.

## 17. VENUE/FORUM SELECTION

**To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).**

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement (including any challenges to the class action waiver provision in subsection 15b), to our Services, or to your relationship with Tinder that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and Tinder consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

**You agree to indemnify Tinder if a claim is made against Tinder due to your actions.**

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Tinder, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, your conduct toward other users, or your breach of this Agreement. SOME JURISDICTIONS DO NOT ALLOW INDEMNIFICATION, SO SOME OR ALL OF THIS SECTION MAY NOT APPLY TO YOU.

## 19. ACCEPTANCE OF TERMS

**By using our Services, you accept the Terms of this Agreement.**

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

5/9/24, 10:15 PM                    Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 79 of 131    PageID 79

# 20. ENTIRE AGREEMENT

**This Agreement supersedes any previous agreements or representations.**

These Terms, with the [Privacy Policy](), [Cookie Policy](), [Community Guidelines](), and [Safety Tips,]() and any Additional Terms Upon Purchase, contain the entire agreement between you and Tinder regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Tinder account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Tinder in any manner.

# 21. SPECIAL TERMS FOR RESIDENTS OF CERTAIN LOCATIONS

**Special terms apply in Israel, Denmark, Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.**

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals" - rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in Section 5 and our [Privacy Policy]();
- You may review the [New York Dating Service Consumer Bill of Rights]();

For subscribers residing in North Carolina:

- You may review the [North Carolina Buyer's Rights](#).

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States - if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel - You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

For subscribers residing in Denmark:

- If you wish to exercise your right of cancellation, you may complete and send the below standard form of cancellation in the Appendix. NOTE: if you purchased your subscription through Apple, the termination or cancellation must be sent to Apple.
- Exception to the right of cancellation: You cannot cancel an order that includes a delivery of digital content that is not delivered on a physical medium if order processing has begun with your express, prior consent and acknowledgment that you thereby waive your right of cancellation. This applies, for example, to the purchase of Virtual Items. This means that these types of purchases are FINAL AND NON-EXCHANGEABLE OR REFUNDABLE.

## Appendix

5/9/24, 10:15 PM
Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 81 of 131    PageID 81

**Standard Form of Cancellation**

(for residents of Denmark only)

To:

MTCH Technology Services Limited,

Attn: Tinder Cancellations,

1 Hatch Street Upper,

Dublin 2, Ireland D02PY28,

Email: legaldept@gotinder.com.

I hereby declare that I wish to exercise my right of withdrawal in connection with my purchase agreement for the provision of the following services.

Order number:

Order date:

Customer's name:

Customer's address:

Customer's email address:

The customer's phone number:

Date:

---

## Company

Jobs

Contact

Security

## Community

Tech Blog

Press

Support

## Legal

Privacy

Consumer Health Data Privacy Policy

Terms

5/9/24, 10:15 PM      Tinder Terms of Use | Tinder | Match. Chat. Meet. Modern Dating.

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 82 of 131     PageID 82

Cookie Policy

Safety and Policy Center

Safety Tips

Community Guidelines

Intellectual Property

# EXHIBIT C

# Terms & Conditions

7 months ago Updated

Follow

view a previous version

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not OkCupid. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting OkCupid Customer Service at support@okcupid.com, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 809 Washington St., New York, New York 10011. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

**By accessing or using OkCupid's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.**

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND OKCUPID. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 85 of 131    PageID 85

AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to OkCupid, operated by MTCH Technology Services Limited ("MTCH Technology") for users located in the European Union ("EU"), European Economic Area ("EEA"), the United Kingdom ("UK"), or Switzerland, and operated by Humor Rainbow, Inc. for all other users. As used in this Agreement, the terms "OkCupid," "us," "we," the "Company", and "our" shall refer to Humor Rainbow, Inc. and/or MTCH Technology Services Limited, as appropriate. Together you and OkCupid may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on www.okcupid.com (the "Website"), the OkCupid mobile application (the "App"), or any other platforms or services OkCupid may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from OkCupid ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on OkCupid, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant OkCupid.*

You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:

1. You are at least 18 years old;
2. You are legally qualified to enter a binding contract with OkCupid;

3. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

4. You are not on any list of individuals prohibited from conducting business with the United States;

5. You are not prohibited by law from using our services;

6. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence; or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

7. You are not required to register as a sex offender with any state, federal or local sex offender registry;

8. You do not have more than one account on our Services; and

9. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Review and comply with the Community Guidelines, as updated from time to time; and
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose, including, but not limited to, using any Virtual Items for purposes of money laundering or other financial crimes;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by OkCupid (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without OkCupid's prior written consent;
- Express or imply that any statements you make are endorsed by OkCupid;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without OkCupid's prior written authorization;
- Use meta tags or code or other devices containing any reference to OkCupid or the platform (or any trademark, trade name, service mark, logo or slogan of OkCupid) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;
- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the OkCupid application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network;
- Encourage, promote, or agree to engage in any activity that violates these Terms; or
- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—OkCupid prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from OkCupid or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by OkCupid;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of OkCupid or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that OkCupid provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

***While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.***

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by OkCupid, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

***OkCupid owns all other content on our Services.***

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by

copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*OkCupid does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful OkCupid community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or as part of the messaging experience. You may also email OkCupid Customer Service at support@okcupid.com.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Match, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how OkCupid and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY OKCUPID

*OkCupid grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, OkCupid grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for

purposes as intended by OkCupid and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT OKCUPID

***You own all of the content you provide to OkCupid, but you also grant us the right to use Your Content as provided in this Agreement.***

By creating an account, you grant to OkCupid a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. OkCupid's license to Your Content shall be non-exclusive, except that OkCupid's license shall be exclusive with respect to derivative works created through use of our Services. For example, OkCupid would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that OkCupid can prevent the use of Your Content outside of our Services, you authorize OkCupid to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. OkCupid is not obligated to take any action with regard to use of Your Content by other users or third parties. OkCupid's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for OkCupid allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to OkCupid regarding our Services, you agree that OkCupid may use and share such feedback for any purpose without compensating you.

You agree that OkCupid may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

***You will have the opportunity to purchase products and services from OkCupid. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.***

OkCupid may offer products and services for purchase through iTunes, Google Play or other external services authorized by OkCupid (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). OkCupid may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). **If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below.** If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**OkCupid operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.**

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

***External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.***

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

**If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.**

To cancel a subscription**: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not OkCupid. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your OkCupid subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your OkCupid subscription**

and follow the instructions to cancel. You can also request assistance at **https://play.google.com**. **If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. OkCupid will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize OkCupid to charge the payment method you provide (your "Payment Method"). OkCupid may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, OkCupid may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a OkCupid subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

**If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.**

**To cancel a subscription, you can (1) log in to the Website or App and go to the Settings page, and then click on "Subscriptions", and follow the instructions to downgrade; or (2) open the Android App and go to the Settings page, then click on Purchases and follow the instructions to downgrade. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.**

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based

on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from OkCupid. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when OkCupid ceases providing our Services, or your account is otherwise closed or terminated.

OkCupid, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. OkCupid may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. OkCupid shall have no liability to you or any third party in the event that OkCupid exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT OKCUPID IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

***Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin, and the EU, EEA, UK, and Switzerland.***

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in the EU, EEA, UK, and Switzerland:

In accordance with local law, you are entitled to a full refund during the 14 days after the subscription begins. Please note that this 14-day period commences when the subscription starts.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not OkCupid. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact OkCupid Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: OkCupid, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website or App, going to "Settings", and following the instructions to disable or delete your account. However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.

OkCupid reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if OkCupid believes that you have violated these Terms, misused our Services, or behaved in a way that OkCupid regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use

of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by OkCupid for any reason, these Terms continue and remain enforceable between you and OkCupid, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*OkCupid does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT OKCUPID DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. OKCUPID MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. OKCUPID RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE OKCUPID TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY OKCUPID, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though OkCupid strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*OkCupid's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

OKCUPID PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED,

STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. OKCUPID DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, OKCUPID MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

OKCUPID ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES OKCUPID ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH OKCUPID. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. OKCUPID IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

OkCupid has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;
3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;
4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;
5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

OkCupid will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. OkCupid may also provide non-commercial links or references to third parties within its content. OkCupid is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, OkCupid is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. OkCupid is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*OkCupid's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF OKCUPID HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL OKCUPID'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO OKCUPID FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST OKCUPID, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (i) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT, CONTRACT, TORT, STATUTE, OR OTHERWISE), (ii) IRRESPECTIVE OF THE TYPE OF BREACH OF RIGHTS,

Case 3:25-cv-03059-K    Document 1    Filed 11/10/25    Page 99 of 131    PageID 99

PRIVILEGES, OR OBLIGATIONS, AND (iii) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

***In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.***

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the EU, EEA, UK, or Switzerland. The online dispute settlement platform of the European Commission is available under http://ec.europa.eu/odr. OkCupid does not take part in dispute settlement procedures in front of a consumer arbitration entity for users residing in the EU, EEA, UK, or Switzerland.

## 15a. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact OkCupid Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against OkCupid, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "OkCupid" shall include our affiliates, employees, licensors, and service providers.

OkCupid values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If OkCupid has a Dispute with you, OkCupid agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables OkCupid to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. OkCupid's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and OkCupid agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if OkCupid requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented

by counsel. Likewise, if you request a telephone conference to discuss OkCupid's Dispute with you, OkCupid agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or OkCupid may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and OkCupid engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15b. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

**TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND OKCUPID EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND OKCUPID EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST OKCUPID. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY THAT INDIVIDUAL PARTY'S CLAIM. THE ARBITRATOR MAY NOT AWARD FINAL RELIEF FOR, AGAINST, OR ON BEHALF OF ANYONE WHO IS NOT A PARTY TO THE ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND OKCUPID AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.**

## 15c. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and OkCupid (that is not resolved informally by OkCupid Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or OkCupid may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or OkCupid challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to OkCupid's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against OkCupid (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15d. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and OkCupid shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or OkCupid shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to OkCupid at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If OkCupid sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to OkCupid of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer portion of the filing fee. OkCupid is committed to ensuring that arbitration costs to consumers do not serve as a barrier to the adjudication of disputes. If OkCupid initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and OkCupid are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and OkCupid and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator

Case 3:25-cv-03059-K     Document 1     Filed 11/10/25     Page 104 of 131     PageID 104

determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **<u>Offer of Settlement</u>** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

10. **<u>Mass Filing</u>** – If, at any time, 25 or more similar demands for arbitration are asserted against OkCupid or related parties by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", *available at* https://www.namadr.com/resources/rules-fees-forms/), the additional protocols set forth below shall apply.

    1. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    2. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or OkCupid in writing and submitted to NAM and all Parties.

    3. ***Bellwether Proceedings*. Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for OkCupid shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for OkCupid shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a**

**different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by OkCupid and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.**

4. You and OkCupid agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and OkCupid acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15e. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or OkCupid prior to the time of your consent to this Agreement and to any claims that accrue against you or OkCupid after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against OkCupid prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: OptOut@OkCupid.com. Please do not direct any customer support inquiries OptOut@OkCupid.com, as they will not be addressed; such inquiries should be directed to Customer Service at support@okcupid.com. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or OkCupid after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

***Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).***

To the fullest extent allowable by law, the laws of Texas, U.S.A., without regard to its conflict of laws rules, shall apply to any Dispute arising out of or relating to this Agreement or our Services. For the avoidance of doubt, for users residing outside of the United States, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in the jurisdiction where you resided at the time you accepted this Agreement. Notwithstanding the foregoing, the Dispute Resolution Process set forth in Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

***To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas (except for claims filed in small claims court, or for users residing in the EU, EEA, UK or Switzerland or another jurisdiction where prohibited by law).***

Except where prohibited by law, including for users residing in the EU, EEA, UK or Switzerland, who may bring claims in their country of residence in accordance with applicable law, and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising out of or relating to this Agreement, to our Services, or to your relationship with OkCupid that for whatever reason are not required to be arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A. You and OkCupid consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

***You agree to indemnify OkCupid if a claim is made against OkCupid due to your actions.***

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless OkCupid, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

***By using our Services, you accept the Terms of this Agreement.***

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, Safety Tips, and any Additional Terms Upon Purchase, contain the entire agreement between you and OkCupid regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your OkCupid account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind OkCupid in any manner.

## 21. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin*

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio:

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal,

P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed**. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

## OkCupid Supplemental Terms of Use (LIVE)

1. These Supplemental Terms of Use supplement and are in addition to the Terms of Use Agreement that you have already agreed to as an OkCupid user, and apply only to your use of the OkCupid LIVE service (the "LIVE Services"). In addition to these Supplemental Terms of Use, your use of the LIVE Services are governed by the OkCupid Terms of Use Agreement (including, but not limited to, as a component of the "Services"), the OkCupid Privacy Policy, the OkCupid Community Guidelines, and the MeetMe Terms and Conditions and Privacy Policy. Pursuant to the OkCupid Terms of Use Agreement, we reserve the right to modify, amend, or change the Supplemental Terms of Use at any time.

2. You understand and agree that the LIVE Services will be provided by The Meet Group, Inc., and that by accessing the LIVE! Services you will be viewing content that may be provided by either an OkCupid or Meet Group user, and that your content may be viewed by either an OkCupid or Meet Group user.

3. You understand and agree that the Meet Group, Inc. will act as the provider of the services and as the controller of any data or content that you provide or generate through the LIVE Services, and as such, except for the purchases made through OkCupid, you understand and agree OkCupid will not be liable to you in any way, under any theory of liability, or for any amounts, and any such liability will be governed by the MeetMe Terms and Conditions and Privacy Policy.

4. Because the LIVE Services are hosted separately, certain of your settings in OkCupid may not transfer over to the LIVE Services.

5. From time to time, as part of the LIVE Services, you may have the opportunity to buy "Live Credits". For the avoidance of doubt, such Live Credits are "Virtual Items" as set forth in Section 8(c) of the OkCupid Terms of Use Agreement. The Live Credits are usable only on the LIVE Services, and are not usable on the OkCupid platform. Use of the Live Credits is expressly subject to the Gifts section of the MeetMe Terms and Conditions and Privacy Policy. ALL PURCHASES OF THE LIVE CREDITS ARE FINAL AND NON-REFUNDABLE. UNUSED LIVE CREDITS EXPIRE 180 DAYS FROM THE DATE OF PURCHASE.

6. To the extent that you receive gifts as part of your use of the LIVE! Services, the receipt of such gifts and the ability to cash out such gifts are governed exclusively by the MeetMe Terms and Conditions and Privacy Policy; for the avoidance of doubt, you agree to look solely to The Meet Group, Inc. to resolve any and all issues surrounding your receipt or cash out of any gifts received.

SCOTT C LEVENSON
625 WEST 51ST STREET
NEW YORK, NY 10019



**USPS CERTIFIED MAIL**

9214 8902 3589 0900 0030 2294 29

MATCH AT CT CORPORATION
C/O BENJAMIN SETNICK
1209 N ORANGE ST
WILMINGTON, DE 19801-1120

**NATIONAL ARBITRATION AND MEDIATION**

| | |
|---|---|
| NOY LEYB., | Case No. |
| Claimant, | **NOTICE TO RESPONDENT** |
| -against- | |
| MATCH GROUP, LLC | |
| Respondents. | |

TO:

Match Group LLC
c/o CT Corporation
1209 Orange Street
City of Wilmington, DE, 19801
Phone: (214) 576-3272
Fax: (214) 853-4309

**PLEASE TAKE NOTICE**  that if you fail to respond to the within Demand for

Arbitration in writing within 30 days of the date of NAM's notification to Claimant and

Respondent that the Demand for Arbitration has been filed and the arbitration proceeding has

been commenced, the Arbitrator(s) may enter an award against you in his/her sole discretion, or

the NAM Administrator may extend this time limit.

Dated: November 1, 2024
       New York, NY

Levenson Law LLC

*Scott C. Levenson*

Scott C. Levenson, Esq.

Bar # 2424398

625 West 51st Street

New York, NY 10019

(718) 719-6617

levensonlawgroup@gmail.com

Attorneys for Claimant

## NATIONAL ARBITRATION AND MEDIATION

| | |
|---|---|
| NOY LEYB., <br><br>          Claimant <br><br> , -against- <br><br><br> MATCH GROUP, LLC <br><br><br>          Respondents. | Case No. <br><br> **DEMAND FOR ARBITRATION** |

Noy Leyb ("Claimant"), by and through his undersigned counsel, demands arbitration

against Respondent Match Group, LLC ("Respondent") and states follows:

### PARTIES

**Claimant:**

Noy Leyb
PO BOX 73003 RPO WOODBINE
CALGARY AB, Canada
T2W 6E4
Phone: 734-905-0991
Fax: N/A

**Respondents:**

Match Group LLC
c/o CT Corporation
1209 Orange Street
City of Wilmington, DE, 19801
Phone: (214) 576-3272
Fax: (214) 853-4309

### NATURE OF CLAIMS

1.  Mr. Leyb is an Israeli and Canadian citizen who resides in the United States.

2.  Mr. Leyb is ethnically Jewish and practices Judaism devoutly.

3.      As such, Mr. Leyb has strong ties to the nation of Israel.

4.      Mr. Leyb has been a member of Hinge, Tinder, and OKCupid since 2021 and has used the Platform without issue notwithstanding the issue that gives rise to the dispute herein.

5.      After seeing the conflicts in Gaza, Mr. Leyb made the decision to rejoin the Israeli Defense Force ("IDF").

6.      In his profiles, Mr. Leyb used pictures and certain language in his profile that described himself as ethnically and religiously Jewish.

7.      To his surprise, in February 2024, only days within returning to the United States and updating his profile, Mr. Leyb received e-mail notifications from Tinder, Hinge, and OKCupid stating that his account has been removed and banned from their platforms.

8.      Furthermore, Mr. Leyb was excluded from using or creating any new accounts with Tinder, Hinge, and OKCupid.

9.      No explanation was provided as to why Mr. Leyb was banned.

10.     Mr. Leyb was confused by the decision to remove his account, considering the only changes that he made to his account were pictures and profile edits indicating that he was ethnically and religiously Jewish.

11.     Mr. Leyb appealed the decisions to remove his account.

12.      Mr. Leyb received notifications that the appeals were reviewed, and that Hinge, Tinder, and OKCupid upheld the decision to ban him.

13.     Again, no explanation was provided as to the basis of the decision.

14.     The Federal Civil Rights Act of 1964 prohibits a business from discriminating on the basis of a customer's race, color, or nationality, sex, veteran status, or religious beliefs, among others.

15.     Additionally, under New York Human Rights Laws, a business cannot discriminate against a customer on the basis of race, color, nationality, or religious beliefs.

16.     Respondents violated Mr. Leyb's federally and State protected rights to be free from discrimination based on his nationality and religious beliefs.

17.     Specifically, according to information and belief, Respondents made the decision to ban Mr. Leyb's account simply because he made his Israeli origins and religion known in his account.

18.     In addition, according to information and belief, Respondents corroborated with each other and collectively banked Claimant from using Match Services.

19.     Additionally, according to news reports, social media posts, and other sources of information, it is believed that Respondents' operating systems and personnel systemically seek out ethnic and religious Jews to ban them on the basis of religion and ethnicity.

20.     Respondents then arbitrarily failed to provide any reasonable explanation to the members of the Jewish community that expressed their concern that religion and/or ethnic background was the basis for being banned.

21.     Furthermore, Respondents advised these customers of the right to appeal, but in reality, the appeal was automated to be denied based upon religion and ethnicity.

22.     As a result of Respondents' discriminatory practices, Claimant is entitled to damages including breach of contract, emotional distress, punitive damages, attorneys' fees and costs in an amount in excess of $500,000.

## DEMAND FOR ORAL HEARING

Claimant hereby demands an oral hearing on all issues.

## CERTIFICATION OF COMPLIANCE

I certify that Claimant has complied with the condition required by Respondents' terms and conditions prior to initiating these proceedings.

Dated: November 1, 2024
     New York, NY

Levenson Law LLC

*Scott C. Levenson*

Scott C. Levenson, Esq.

Bar # 2424398

625 West 51st Street

New York, NY 10019

(718) 719-6617

levensonlawgroup@gmail.com

Attorneys for Claimant

Levenson Law LLC
Scott C. Levenson, Esq.
Bar # 2424398
625 West 51st Street
New York, NY 10019
(718) 719-6617
levensonlawgroup@gmail.com
Attorneys for Claimant

| Claimant | **NATIONAL ARBITRATION AND** |
| NOY LEYB | **MEDIATION** |
| vs | |
| Respondent | **CERTIFICATION OF CLIENT** |
| MATCH GROUP, LLC | |

I, Noy Leyb, being of full age, swear, certify, or affirm as follows:

1. I am duly authorized to depose to this affidavit and confirm the statements made by Scott C Levenson on his notice to Respondents.

2. I certify that the informal dispute process has been completed to the best of my knowledge.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____

Noy Leyb

Dated: November 1, 2024

1

NAM (National Arbitration and Mediation)
**Comprehensive Dispute Resolution Rules and Procedures**
**990 Stewart Avenue, First Floor**
**Garden City, NY 11530**
**Telephone: 1-800-358-2550**
**Fax: 516-794-8971**
**www.namadr.com**

# NAM COMPREHENSIVE DISPUTE RESOLUTION RULES AND PROCEDURES
## DEMAND FOR ARBITRATION/ARBITRATION NOTICE

### CLAIMANT INFORMATION

| | |
|---|---|
| Name(s): | NOY LEYB |
| *Contact Person or Counsel: | SCOTT C. LEVENSON ESQ - LEVENSONLAWGROUP@GMAIL.COM |
| Address: | PO BOX 73003 RPO WOODBINE |
| | CALGARY AB, CANADA, T2W 6E4 |
| Phone: | 734-905-0991 |
| Fax: | N/A |
| Email Address: | HELLO@NOYLEYB.COM |
| File/Claim Number: | |

### RESPONDENT INFORMATION

| | |
|---|---|
| Name(s): | MATCH GROUP LLC |
| *Contact Person or Counsel: | BENJAMIN SETNICK - BENJAMIN.SETNICK@MATCH.COM |
| Address: | C/O CT CORPORATION |
| | 1209 ORANGE STREET, CITY OF WILMINGTON, DE, 19801 |
| Phone: | (214) 576-3272 |
| Email Address: | |
| *Fax: | (214) 853-4309 |
| *File/Claim Number: | |

*if applicable

**RESPONDENT(S):** Please take notice that, pursuant to NAM's Comprehensive Dispute Resolution Rules and Procedures which provides for arbitration of disputes arising thereunder, the Claimant identified above **hereby demands arbitration of a claim against you**. You have thirty (30) days from the date of NAM's notification to Claimant and Respondent that the Demand for Arbitration has been filed and the arbitration proceeding has been commenced, to serve the Claimant and NAM with a Reply to this Demand for Arbitration/Arbitration Notice by messenger service, overnight delivery service by a nationally recognized courier company or by certified mail. **If you do not serve the Claimant and NAM with a Reply within 30 days from the date of NAM's notification, the Arbitrator may enter an award against you.**

Demand for Arbitration/Arbitration Notice                                              Revised as of 3/21/2024

## CLAIMANT SECTION: EXPLANATION OF DEMAND

**The Claimant is claiming the following relief, which may include the following:**

| | |
|---|---|
| Principal balance | $500 000 |
| Interest accrued | $0 |
| Legal expenses | $10 000 |
| Cost of arbitration* | $200 |
| Other (specify) | |
| | |
| Total | $510 200 |

 *The cost of the arbitration is fully described in NAM's Fees and Costs for Arbitrations and Mediations Governed by NAM's Comprehensive Rules and Procedures ("NAM's Fee Schedule").

A description of the nature of the dispute and the injuries alleged follows (The Claimant should provide a detailed description herein and attach any evidence hereto):

**Please find our Demand for Arbitration attached as Exhibit A.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

Does the underlying agreement/provision that provides for arbitration of this dispute also contain the right of appeal?  YES _____  NO _____  If yes, please attach a copy of the document containing the right of appeal.

Counsel or a party's representative accepts responsibility for payment of all fees billed to the Claimant by NAM pertaining to this matter regardless of the outcome of this case. In the event that the party represents him/herself, then the party accepts responsibility for payment of all fees billed to him/her by NAM pertaining to this matter regardless of the outcome of this case. I also understand the following: (a) neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators or Mediators shall be liable for any act or omission in connection with any arbitration or mediation conducted under these Rules or any other rules of procedure mutually agreed upon by the parties; (b) neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators or Mediators is a necessary party in any further alternative dispute resolution or judicial proceeding and may not be called to testify at any subsequent proceeding and (c) the parties agree not to make any claims against NAM for damage, loss or injury and hereby waive any cause of action or other remedy against NAM, its employees, arbitrators/mediators, agents, etc. (d) NAM reserves the right to withhold release of the Arbitrator's award, or any decision of the Arbitrator, until all outstanding fees due to NAM from all parties have been paid.

*N Leyb*
_____
**CLAIMANT by:  (signature)**                                    *Scott Levenson*

Name:  NOY LEYB_____

Title:  MR._____        Date _12_ / _04_ / _2024_

NAM (National Arbitration and Mediation)                                                              2
' 800-358-2550 / www.namadr.com

Demand for Arbitration/Arbitration Notice                                                    Revised as of 3/21/2024

## RESPONDENT SECTION: REPLY TO DEMAND

**The Respondent hereby responds to the demand made by the Claimant as follows (the Respondent should provide a response herein and attach any evidence hereto to support such position):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Counsel or a party's representative accepts responsibility for payment of all fees billed to the Respondent by NAM pertaining to this matter regardless of the outcome of this case.  In the event that the party represents him/herself, then the party accepts responsibility for payment of all fees billed to him/her by NAM pertaining to this matter regardless of the outcome of this case.  I understand the following:  (a) neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators or Mediators shall be liable for any act or omission in connection with any arbitration or mediation conducted under these Rules or any other rules of procedure mutually agreed upon by the parties; (b) neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators or Mediators is a necessary party in any further alternative dispute resolution or judicial proceeding and may not be called to testify at any subsequent proceeding and (c) the parties agree not to make any claims against NAM for damage, loss or injury and hereby waive any cause of action or other remedy against NAM, its employees, arbitrators/mediators, agents, etc. (d) NAM  reserves the right to withhold release of the Arbitrator's award, or any decision of the Arbitrator,  until all outstanding fees due to NAM from all parties have been paid.

_____

**RESPONDENT by:  (signature)**

Name: _____

Title:  _____          Date \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_

Demand for Arbitration/Arbitration Notice                                                                    Revised as of 3/21/2024

The parties are hereby notified that the Claimant has filed copies of the Arbitration Agreement (if applicable) and this Demand for Arbitration/Arbitration Notice at NAM's headquarters.

Either party may contact the NAM Administrator indicated below of the Comprehensive Dispute Resolution Rules and Procedures in writing at NAM, Comprehensive Dispute Resolution Rules and Procedures, 990 Stewart Avenue, First Floor, Garden City, New York 11530 or by telephone with questions regarding the Arbitration process or NAM's Comprehensive Dispute Resolution Rules and Procedures and Fee Schedule or to request a copy thereof.

Contact the NAM Administrator, _____ at

1-800-358-2550 ext. _____.

Levenson Law LLC

*Scott C. Levenson*

Scott C. Levenson, Esq.

Bar # 2424398

625 West 51st Street

New York, NY 10019

(718) 719-6617

levensonlawgroup@gmail.com

Attorneys for Claimant

**VIA EMAIL & REGULAR MAIL**

September 17, 2025

Mr. Issac Shtieierman
Levenson Law Group
625 West 51st Street
New York, NY 10019
Levensonlawgroup@gmail.com

Nils Gilbertson Esq.
Match Group LLC
8750 North Cenntral Expressway
Suite 1400
Dallas, TX 75231
nils.gilberston@match.com

**RE: NOY LEYB VS. MATCH GROUP LLC NAM ID 280214 / 284838**

Dear Counsel/Parties:

Enclosed please find the attached Order of Arbitrator Brad Dowell dated September 8th, 2025, in connection with the above-referenced matter.

Sincerely,

*Elizabeth Curatolo*

Elizabeth Reid Curatolo
NAM (National Arbitration and Mediation)
Phone: 212-404-4666
E-Mail: ereid@namadr.com

## NATIONAL ARBITRATION AND MEDIATION

| | | |
|---|---|---|
| **Noy Leyb** | § | |
| | § | |
| | § | |
| *Claimant,* | § | **NAM ID 280214** |
| **v.** | § | |
| | § | |
| **Tinder LLC f/k/a Match Group, LLC,** | § | |
| | § | |
| *Respondent.* | § | |

## <u>ORDER</u>

CAME ON TO BE HEARD the Respondent's Motion to Dismiss Claimant's Arbitration Demand. The Arbitrator has reviewed and considered Respondent's Motion, Claimant's Opposition to Respondent's Motion to Dismiss Arbitration Demand, Respondent's Reply in Support of its Motion to Dismiss Claimant's Arbitration Demand and Claimant's Sur-Reply to Respondent's Motion to Dismiss Arbitration Demand, the exhibits attached thereto, and having reviewed relevant case law finds that Claimant's claims are barred by the Communications Decency Act ("CDA"), 47 U.S.C. § 230, as the CDA immunizes Respondent from liability for its moderation decisions, including its suspension of Claimant's account from its services.

The Arbitrator makes no determination with regard to any other bases upon which Respondent sought to dismiss Claimant's arbitration demand.

IT IS ORDERED that Claimant's Demand for Arbitration is DISMISSED.

So ORDERED this <u>8th</u> day of <u>September</u>, 2025.

BY: _____

**DAVID B. DOWELL**
**Arbitrator**

 **Gmail**

Levenson Law <levensonlawgroup@gmail.com>

---

## Request for Appeal — Noy Leyb v. Match Group, LLC (f/k/a Tinder LLC) — NAM Case IDs 280214 / 284838

---

**Levenson Law** <levensonlawgroup@gmail.com>                                    Wed, Oct 1 at 9:25 AM
To: <appeals@namadr.com>

Dear NAM Appeals Administrator:

Please find attached Claimant's **Request for Appeal / Notice of Appeal** in *Noy Leyb v. Match Group, LLC (f/k/a Tinder LLC)*, NAM Case IDs **280214 / 284838**, appealing Arbitrator Dowell's dispositive order dismissing the matter under 47 U.S.C. § 230.

Pursuant to NAM Appellate Dispute Resolution Rules and Procedures, we respectfully request: (1) vacatur of the dispositive order; (2) remand for full consideration of the claims on the merits or, alternatively, de novo review; and (3) consideration of fees and costs as invited by the Arbitrator.

For administrative communications and scheduling, **Isaac Shteierman (a/k/a Isaac Stern)**, an employee of our firm, is authorized to correspond on my behalf.

Please confirm receipt and advise of any additional fees, forms, or next steps required to perfect the appeal.

Sincerely,
**Scott C. Levenson, Esq.**
Levenson Law LLC
625 West 51st Street, New York, NY 10019
(347) 352–2470 | levensonlawgroup@gmail.com

**Attachments:**

1. *Completed_Notice_of_Appeal.pdf* (Request for Appeal / Notice of Appeal)



**The Levenson Law Team**
Tel: (347) 352-2470
625 West 51st Street
New York, NY 10019

* Confidentiality Notice:
Unauthorized interception is prohibited by Federal Law [Electronic Communication Privacy Act of 1986, 18 U.S.C. 2701(A) and 2702(A)]

Noy Letter of appeal (2).pdf



# APPELLATE

# DISPUTE RESOLUTION

# RULES AND PROCEDURES

*(effective 9/18/2019)*

**NAM (National Arbitration and Mediation)**
**990 Stewart Avenue, First Floor**
**Garden City, NY 11530**
**Phone: 1-800-358-2550**
**Fax: 516-794-8971**
**www.namadr.com**

© Copyright 2019

## RULE NO.1: APPLICATION OF RULES

As a general rule, the arbitration process is used by parties to obtain a final and binding decision/award without any right of appeal. However, there are some instances where the right of an appeal is desired by the parties. To balance the benefits of arbitration (which include both cost and time efficiencies) with the benefits of appellate review, NAM has created the following dispute resolution rules of appellate procedure for those instances where the parties agree to arbitrate with the option for appellate review.

As more fully set forth herein, an appeal of an arbitration decision/award is 1) optional and 2) a matter of agreement between the parties. The agreement to permit an appeal must be in writing and can be contained in a pre-dispute agreement to arbitrate OR agreed to at any time during the pendency of the arbitration proceeding. Parties are free to adopt the following rules of appeal in their entirety or modify some or all of the rules in their agreement, subject to the approval of NAM.

These rules shall also apply to instances where the parties agree to submit an appeal of a state or federal trial/lower court decision to a NAM appellate panel, in lieu of pursuing an appeal through the court system, or to submit an appeal from an arbitration decision, even if the underlying arbitration proceeding did not occur at NAM.

## RULE NO. 2: PRIVACY/CONFIDENTIALITY

All documents and materials submitted to or filed with NAM shall remain confidential and are not subject to public scrutiny. All communications, whether oral or written, shall remain confidential and inadmissible in any other judicial or alternative dispute resolution proceeding.

## RULE NO. 3: EXCLUSION OF LIABILITY

A.  Neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators, Mediators or Neutrals shall be liable for any act or omission in connection with any Appeal conducted under these Rules or any other rules and procedures mutually agreed upon by the parties.

B.  Neither NAM, nor its Officers, Directors, employees, representatives, Arbitrators, Mediators or Neutrals is a necessary party in any further alternative dispute resolution or judicial proceeding and may not be called to testify at any subsequent proceeding.

C.  The parties agree not to make any claims against NAM for damage, loss or injury and hereby waive any cause of action or other remedy against NAM, its employees, Arbitrators/Mediators/Neutrals, and/or agents.

## RULE NO. 4: REPRESENTATION

Parties may act on their own behalf or may be represented by a person with authorization to act on their behalf. The name, address and contact information of such persons shall be communicated to NAM and all other parties upon filing the Request for Appeal or the Response to the Request for Appeal.

# RULE NO. 5: ADJOURNMENTS

The Appellate Panel may, in its discretion, grant a party's request for an adjournment/ postponement of a scheduled In-Person/Oral Argument, conference (in-person or telephonic) or the date fixed for the receipt or exchange of briefs, the record or any other submission required by these rules or the Appellate Panel.

# RULE NO. 6: FEES

The parties shall pay those fees set forth in the then current Fee Schedule in effect at the time of the filing of the claim which is subject to NAM's Appellate Dispute Resolution Rules and Procedures. The Fee Schedule is incorporated by reference herein and made part of these Rules. If the administration of a matter extends beyond a one-year period, NAM may, in its sole discretion, charge the most current fees set forth in the then existing Fee Schedule for additional time expended on the matter beyond the one year period, and each subsequent one year period, if applicable.

NAM may, in its sole discretion, modify the fees for specific case types or programs and may refund or waive all or a portion of the fees in cases of extreme economic hardship.

# RULE NO. 7: MODIFICATION OF RULES

NAM reserves the right to modify these Rules at any time without prior written notice to the parties. The version of the Rules in effect at the time the Request for Appeal is filed with NAM will govern the Appeal Process, unless the parties mutually agree to another version. The parties are free at any time to enter into a written agreement to amend or modify any of NAM's Rules for the purpose of their appeal, subject to the approval of NAM. However, NAM's Fee Schedule is not subject to such modification or amendment except in the sole discretion of the NAM Administrator.

NAM, in its sole discretion, shall interpret and/or enforce these rules as it deems necessary.

# RULE NO. 8: ENFORCEABILITY OF RULES

If the provisions of these Rules are held invalid or unenforceable by a court of law, the parties shall not be deemed to have waived any of their rights, privileges or remedies to submit their appeal to the applicable court of law or to avail themselves of any other legal rights, privileges or remedies.

# RULE NO. 9: SERVICE OF DOCUMENTS

A. Service of documents may be completed by any one of the following methods: e-mail, facsimile, delivery by messenger service, overnight delivery service by a nationally recognized courier company or by certified mail. The party must obtain a record of the transmittal thereof. Service by any of the aforementioned means is considered effective upon the date of deposit or transmittal of the document. Documents shall be served to the last known address of the party or its representative for whom same are intended.

B. The NAM case manager and/or the Appellate Panel may also communicate with the parties and/or each other, and/or serve any document, by electronic fax transmission (fax), electronic mail (email) and U.S. mail.

C. The time periods fixed under NAM's Rules shall begin to run on the next day after service is effected by one of the methods described herein. Official holidays and non-business days are included in the calculation of the time period. However, if the last day of a time period is a holiday or non-business day in the country where the responding party is located, the time period shall expire on the next business day.

## RULE NO. 10: INITIATING THE APPEAL

A. The Request for Appeal must be in writing and sent to the opposing party within twenty-one (21**) calendar** days of the service of the decision/award from which the appeal is being taken.

B. The Request for Appeal form can be obtained from NAM's website at www.namadr.com or by contacting the NAM Appeals Administrator.

C. To initiate the Appeal, the filing party must file all of the following with the Appeals Department at NAM- 990 Stewart Avenue, Garden City, NY 11530 Att: Appeals Dept:

   1. A completed, signed Request for Appeal which must identify the Decision/Award from which the appeal is being taken, the date thereof and the issuing court or tribunal; the basis for the Appeal and if the Appeal is from the entire decision/award or a specific part thereof;
   2. A copy of the Decision/Award from which the appeal is being taken;
   3. A copy of the applicable written agreement providing for the right of appeal;
   4. Proof of service on the opposing party(ies); and
   5. The required filing fee per NAM's Fee Schedule.

D. In the event that any party to the appeal wishes to file a Request for Cross-Appeal, the form for the Request for Cross-Appeal can be obtained from NAM's website at www.namadr.com or by contacting the NAM Appeals Administrator. The Request for Cross-Appeal must be in writing and sent to the opposing party and to NAM within seven (7) days of service of the Request for Appeal.

E. The party filing the Cross-Request for Appeal must file all of the following with the Appeals Department at NAM- 990 Stewart Avenue, Garden City, NY 11530 Att: Appeals Dept.:

   1. A completed, signed Cross-Request for Appeal which must identify the Decision/Award from which the Cross-Appeal is being taken, the date thereof and the issuing court or tribunal; the basis for the Cross-Appeal and if the Cross-Appeal is from the entire decision/award or a specific part thereof;
   2. A copy of the Decision/Award from which the cross-appeal is being taken;

3. A copy of the applicable written agreement providing for the right of appeal;
4. Proof of service on the opposing party(ies); and
5. The required filing fee per NAM's Fee Schedule.

## RULE NO.11: THE RECORD ON APPEAL

A. The Record on Appeal shall be jointly submitted by the parties to NAM and **shall** consist of the following:

   1. All previously marked exhibits that were accepted into the record of the Arbitration Hearing/Court by the Arbitrator/Judge;
   2. Any stenographic or other record of the Arbitration Hearing/Court;
   3. Any affidavits or transcripts accepted into the record of the Arbitration Hearing/Court by the Arbitrator/Judge.

B. Any disputes concerning whether a document is part of the record on appeal shall be determined by the Appellate Panel.

## RULE NO.12: BRIEFS

A. The party initiating the Appeal (the "Appellant) shall serve on the other party and file with NAM its brief and the Record on Appeal by no later than 30 days after the service of the Request for Appeal.

B. The Responding party (the "Respondent") shall serve on the other party and file with NAM its brief by no later than 30 days after the service of the Appellant's brief.

C. The Appellant may serve and file with NAM a Reply Brief by no later than 15 days after the service of the Respondent's Brief.

D. In the event a Request for Cross-Appeal is filed, the Respondent/Cross-Appellant's brief shall be served and filed with NAM simultaneously with the service of the Respondent's brief as set forth in (B) above.

E. The same time frames for the service of the Respondent's brief and the Appellant's Reply brief on the Cross-Appeal shall apply following the service of the Respondent/Cross-Appellant's brief.

## RULE NO. 13:  THE APPELLATE PANEL

The Appellate Panel shall consist of three (3) NAM Neutrals selected from NAM's Roster of Neutrals. However, if the parties agree, a single (1) NAM Neutral may preside over the Appeal.

**RULE NO. 14: SELECTION OF THE APPELLATE PANEL**

A. Unless both parties agree otherwise or the NAM Administrator determines, in its discretion, that another method for the selection of the Appellate Panel is appropriate for the case, the parties shall select the Appellate Panel in the following manner:

1. Within 14 days of NAM's receipt of a Request for Appeal, the NAM Administrator shall forward to the parties, identical lists containing at least eight (8) names of Neutrals with bios;

2. After receipt of the list, each party may strike up to two (2) names from the list. Each party shall number the remaining names in the order of their preference and return their list to the NAM Administrator within 15 days of service of the list.

3. If a party does not return the list within the time specified, all persons named therein shall be deemed acceptable to that party.

4. The NAM Administrator shall appoint the Appellate Panel from among the names remaining on the list and in accordance with the order of preference indicated by the parties;

5. If, for any reason, the appointment cannot be made according to this procedure, the NAM Administrator may exercise his/her discretion in appointing the Appellate Panel. In making the appointment, NAM shall secure the appointment of independent and impartial Neutral(s). No Neutral shall act as an advocate for any party and no Neutral, whether before or after appointment, shall advise any party on the merits or outcome of the Appeal.

6. In the event that an Appellate Panel Neutral becomes unwilling or unable to serve on the panel, NAM shall, in its sole discretion, determine the method for the appointment of a substitute panel member.

**RULE NO. 15: IN-PERSON ORAL ARGUMENT/HEARING**

A. Following the submission of Briefs as set forth in Rule No. 12 above, the NAM Administrator shall schedule an In-Person Oral Argument/Hearing before the Appellate Panel UNLESS all parties stipulate, in writing, to the submission of the Appeal upon the Record and the briefs filed by the parties.

B. The NAM Administrator shall determine and set the location of the In-Person Oral Argument/Hearing. Each In-Person Oral Argument/Hearing will be scheduled for a minimum of one hour. However, the Oral Argument/Hearing may be scheduled for more than one hour if agreed to by the parties, the panel and/or in the discretion of the NAM administrator.

**RULE NO. 16: THE UNDERLYING DECISION/AWARD**

A.  Once NAM has accepted the filing of a Request for Appeal, the parties shall not seek to have the underlying decision/award which is the subject of the appeal judicially enforced, modified or vacated.  The parties expressly stipulate, consent and agree that the time period for the commencement of judicial enforcement proceedings of the underlying decision/award shall be tolled during the pendency of the appeal at NAM.

B.  If the Appeal is withdrawn at any point prior to the issuance of the Appellate Panel's decision, the underlying decision/award shall be deemed final as of the date of the withdrawal.

## RULE NO. 17: THE APPELLATE PANEL'S DECISION/MISCELLANEOUS

A.  A party may not present for the first time on appeal an issue or evidence that was not raised during the prior arbitration/court proceeding.

B.  The Appellate Panel may affirm, reverse or modify a Decision/Award and may apply the same standard of review that an appellate court in the jurisdiction would apply to an appeal.

C.  The Appellate Panel will render a decision, in writing based upon a majority vote of the panel, as applicable. The decision of the Appellate Panel will be final for the purposes of judicial review once served upon the parties.

D.  If a Party to the Appeal fails to serve and file a Brief or fails to appear at an In-Person/Oral Hearing after receiving due notice thereof, the Appellate Panel may continue with its determination of the appeal in that party's absence.

E.  The Appellate Panel shall not base its Decision solely on the failure of the non-appearing or defaulting party to comply in the above circumstances. The Appellate Panel shall require the submitting or attending party to present its oral arguments.

F.  The Appellate Panel shall have the power to rule on its own jurisdiction, including any ruling on the validity and/or enforceability and/or scope of the right to appeal or the agreement to permit an appeal.

G.  NAM, in its absolute discretion, may cease the administration of an appeal in the event one or more of the parties fails to remit payment of fees, and/or not release the decision until such time as all outstanding NAM fees are paid.

H.  The Appellate Panel has the power to assess the costs of the appeal, and/or to re-apportion the costs of the appeal.

I.  Each party is responsible to pay the fees billed to them by NAM directly to NAM. Pursuant to Rule No. 17 (H) above, if the Appellate Panel re-assesses or re-apportions the costs among the parties, such reimbursement is to be made between/among the parties after NAM has been paid in full and without the involvement of NAM.